# Declaration of Richard W. Elder

## GAO Bid Protest B-310018

I, Richard W. Elder, declare as follows, pursuant to 28 U.S.C. § 1746;

During the period of 3 AUG 2007, through the present, I have served as an Assistant Program Manager in support of the Program Manager Special Operations Forces (SOF) Survival Systems working in direct support of the United States Special Operations Command (USSOCOM). My duties have included work in the acquisition, test and evaluation, development, and sustainment of individual protection systems utilized by the SOF personnel, specifically ballistic protection. With regards to Solicitation H92222-07-R-0011, I have served as the Assistant Program Manager (APM) and member of the Source Selection Evaluation Board (SSEB) for this solicitation and fulfill the duties assigned to the SSEB Test Activity as outlined in the Source Selection Plan (SSP).

Small Business Body Armor Market Research

In August 2006 a RFP was released for a family of ballistic plates and closed in January 2007. This solicitation was very similar to the current solicitation requirements. Market research was conducted prior to this solicitation and no small businesses were known to meet the requirement. This RFP went out Full and Open to all interested businesses. Two small businesses submitted proposals under this solicitation and did NOT meet the minimum requirements of the solicitation. This reinforced the information collected during the market research prior to the FY06 solicitation. No small business is known to meet the USSOCOM body armor requirements.

A pre-solicitation was released openly on FedBizOps on February 9, 2007 only one month after the close of the previous solicitation. A notification for an Industry Day Conference was posted on FedBizOps to all interested businesses (large or small) so the Government could conduct market research prior to releasing a final solicitation. An Industry Day Conference was held on March 1-2, 2007 giving any company (large or small) the ability to discuss their body armor technology and their ability/interest to meet the USSOCOM body armor requirement. Nine companies attended the Industry Day briefing and eight companies participated in one-on-one discussions with the Government and displayed an interest in providing body armor to meet the requirement. Of the eight companies interested, five companies were small businesses.

1. MSA Paraclete (small business) – This company provided a catalog of their military products. They did not provide any data or indication they could meet the USSOCOM body armor requirement for any configuration. The catalog and website indicate the company provides Enhanced Small Arms Protective Inserts (ESAPI) plates. ESAPI plates do not meet the USSOCOM weight, thickness, and ballistic requirements. No information was provided in either the one-on-one

meeting with the company or in the catalog or on the website that demonstrated the company could produce plates that meet USSOCOM specification. It is also believed that the company is not the original equipment manufacturer (OEM) for some of their body armor plates and they are a distributor (SOF MK II, IMP/ACT plates). The company did not provide any indication that they could or intended to try to meet the Government's requirements. www.MSAnet.com

2. Dynamic Defense Materials (small business) – This company submitted a proposal and products for the USSOCOM RFP that was released in October 2006 and cancelled in January 2007. This company did not meet the USSOCOM body armor requirement in the Oct06-Jan07 solicitation and the Industry Day conference was held only a few months later. During the Industry Day conference the company did not provide any data or indication they could meet the USSOCOM body armor requirement for any configuration or demonstrate an improved product from the Oct06-Jan07 solicitation. The website for this company does not provide any information on personal body armor plates. The company did not provide any indication that they could or intended to try to meet the Government's requirements. http://www.ddmat.com/

3. First Choice Armor (small business) – Researched this company at the Shotshow Conference January 11th-14th, 2007 and reviewed company catalog and body armor products. Plates did not seem to meet the weight or thickness requirement for the BALCS type plate. The plates were level IV certified which means only a single strike capability against the APM2. It is doubtful that this product will meet the 4" multi-strike APM2 requirement. This company also attended Industry Day and did not provide any data or indication they could meet the USSOCOM weight, thickness, or ballistic body armor requirement for any configuration. The company did not provide any indication that they could or intended to try to meet the Government's requirements. www.firstchoicearmor.com

4. ArmorWorks (small business) - This company attended Industry Day and provided a catalog of their military products. They did not provide any data or indication they could meet the USSOCOM body armor requirement for any configuration. The catalog and website indicate the company provides Small Arms Protective Inserts (SAPI) plate, Enhanced Small Arms Protective Inserts (ESAPI) plates, and Improved Small Arms Protective Inserts (ISAPI). The SAPI, ESAPI, and ISAPI plates do not meet the USSOCOM weight, thickness, and ballistic requirements. No information was provided in either the one-on-one meeting with the company or in the catalog or on the website that demonstrated the company could produce plates that meet USSOCOM specification. The company did not provide any indication that they could or intended to try to meet the Government's requirements. www.armorworks.com

5. The Protective Group, Inc. (small business) – This company attended Industry Day and did not provide any data or indication they could meet the USSOCOM body armor requirement for any configuration. The company indicated that they

are currently a provider of Enhanced Small Arms Protective Inserts (ESAPI) plates for United States Army. ESAPI plates do not meet the USSOCOM weight, thickness, and ballistic requirements. No information was provided in either the one-on-one meeting with the company or on the website that demonstrated the company could produce plates that meet USSOCOM specification. The company did not provide any indication that they could or intended to try to meet the Government's requirements. www.protectmat.com

Other small businesses have been researched at trade shows and online.

6. DefensTech International (small business) – Met at Surefire Antiterrorism Conference and reviewed company catalog and body armor products. Plates did not seem to meet the USSOCOM weight requirement. Data did not seem to suggest that plates could meet the multi-strike APM2 requirement at 4" apart. Company did not seem to have the manufacturing capability to produce body armor in the quantity required. The company did not provide any indication that they could or intended to try to meet the Government's requirements. www.defenstech.com

7. Armor Express (small business) - Met at Shotshow Conference January 11th-14th, 2007 and reviewed company catalog and body armor products. The company seems to mainly deal with the Law Enforcement Community only. The company did not have a NIJ Level IV (APM2) plate that is used in conjunction with soft armor. This means the company does the not have the ability to meet the Baseline Configuration requirement. The only NIJ Level IV plate the company had was a stand alone plate. This plate was a 10"x12" that weighed 7 pounds. This plate would not meet the USSOCOM weight requirement. The only size plate that company seemed to have was a 10"x12" and the company did not demonstrate the ability to make complex geometries or different sizes. www.armorexpress.com

Section L-1.1.1 of the RFP states that offerors must be the original equipment manufacturer (OEM) and have an existing U.S. verifiable production line for any product proposed under this solicitation. Many small business body armor companies distribute body armor but are not the actual original equipment manufacturer.

Small business market research has been conducted at tradeshows such as The Shotshow, Surefire Antiterrorism Conference, AUSA, American Ceramics Society (ACERS), NDIA Small Arms, etc., as well as online. From the previous solicitation market research, Industry Day market research, online market research, tradeshow market research, and job experience, I am currently unaware of any small business that can meet the USSOCOM body armor requirement. No small business has submitted any data to show that they can satisfy all the necessary requirements to justify a contract award. While small businesses have successfully met the requirements for other services, it is unknown

whether small businesses can meet the body armor requirements of USSOCOM. The USSOCOM overall requirements are significantly different in the area of weight, thickness, and ballistics from other services. It is unknown that a single small business company (never mind two) can meet the USSOCOM requirement; this procurement should not be aside for small business.

Richard W. Elder
APM-SOF Warrior
PM-SSS

**Declaration of Verdetta J. Weaver**

**GAO Bid Protest B-310018**

I, Verdetta J. Weaver, Contract Specialist, declare as follows, pursuant to 28 U.S.C. § 1746;

Market Research:

Upon receipt of the SPEAR BALCS Family of Ballistic plate requirement, I explored all available known resources to identify at least two small businesses that could meet the requirement. I was unable to successfully identify any small businesses to meet this requirement. The following depicts market research performed:

On March 30, 2006, I coordinated the requirement for ballistic plates with the small business (SB) specialist, Angela Mitchell.

On March 31, 2006, Ms. Mitchell provided me with a list of armor companies she found when performing internet research, in addition to a link with internet sites she searched. I forwarded both the list and links on to my Program Management Officer (PMO), Jon Laplume, to identify which were armor plate manufacturers. At this time I communicated to my PMO that it is my responsibility to ensure there are not at least two small businesses capable of meeting our needs.

On April 03, 2006, after conducting internet market research, the SB specialist indicated that the SB office would like to pursue this action as a SB set aside.

On April 03, 2006, Mr. Laplume, upon reviewing the list of vendors and links provided by the SB specialist, communicated that many of the companies on the list deal/supply plates. Moreover, all the companies he surveyed on the link are buying their plates from other manufacturers and then reselling them. Mr. Laplume's concerns at this time were SB ability to meet our production requirements and performance requirements given the Aerial Density we have requested. Mr. Laplume stated, "I am currently unaware of any SB that can fulfill the requirements that we are trying to satisfy within my experience at this job, past and current. There are only two PLATE MANUFACTURERS not DISTRIBUTORS that can answer our demand, of those two, I believe that only one of them has the technological know how to produce and quality assure the specific product that SOF requires to meet there need."

On April 04, 2006 an additional inquiry came in from the SB specialist regarding several contracts that had been awarded to small businesses for Small Arms Protective Inserts (SAPI) and Interceptor Body Armor Extremity Protection Deltoid and Axillary Protectors. Once again, I forwarded this inquiry on to my PMO for feedback.

On April 5, 2006, Jon Laplume indicated that, "SAPI does not measure up to the SPEAR/BALCS requirement so we do not buy it, many vendors make SAPI that does not mean they are qualified to make SPEAR. Equate it to just because you are a mechanic does not mean you can work on a Porsche! The extremity efforts are all soft armor and do not meet our SPEAR requirement for protection from Rifle Fire."

On April 05, 2006 the SB specialist, relying on the expertise of the SPEAR PMOs knowledge of both the SOF requirement and the armor market place, concurred to pursue full and open competition.

On February 9, 2007, solicitation H92222-06-R-0023 was canceled due to no acceptable offers.

Further market research was performed by USSOCOM in March 2007 during Industry Day.

Executed on October 09, 2007.

Verdetta Weaver

VERDETTA J. WEAVER
Contract Specialist
USSOCOM Directorate of Procurement

**Declaration of Karen L. Pera**

**GAO Bid Protest B-310018**

I, Karen L. Pera, declare as follows, pursuant to 28 U.S.C. § 1746;

Procurement of BALCS Ballistic Plates:

1. The decision to procure Body Armor Load Carriage System (BALCS) Ballistic Plate Sets as a full and open procurement was based on my personal knowledge of the market trends at that point in time for the body armor industry. The United States Special Operations Command (USSOCOM) has been procuring ballistic plates for the last 8 years, and I have been the Small Business Advisor for that entire period of time.

2. Prior to 9/11, the armor plate manufacturing industry was comprised of several small business manufacturers. Essentially it was a niche industry, perfect for small business. USSOCOM procured its first ballistic armor as a small business set-aside. USSOCOM awarded the contract to Ceredyne after months of testing. Since then, the demand for the Ceredyne product, the primary supplier of body armor to USSOCOM up to this solicitation, has increased greatly. The primary reason for this increased demand by USSOCOM for this particular product is to protect our operators in their pursuit of the global war on terror, Ceredyne's capability to meet the USSOCOM armor requirements in a timely fashion, and the ability of Ceredyne's products to meet NIJ criteria. As USSOCOM, the Department of Defense, Executive Departments (CIA, FBI, etc.), civilian law enforcement agencies, and Homeland Security continued to procure body armor; Ceredyne, originally a small business, became so successful that it no longer qualified for NAICS code 327112, and is now a large business. Were there not a war, the growth for ballistic armor would have continued at a modest trend and continued to be a small business niche industry.

3. The global war on terror in Afghanistan and Iraq has made ballistic armor products for personal safety and vehicles a hot commodity. Big business has taken note of this trend and is busy acquiring ballistic armor companies. This trend has also caused the consolidation of the industry. However, the majority of the members of this industry cannot meet the NIJ criteria, which is a primary requirement for equipping Special Operations Forces.

4. I have held my current position since May 1996 and have attended a minimum of six trade fairs a year and a minimum of three Small Business Innovation Research events a year. (I was also the SBIR Program Manager from May 1996 to May 2006.) During that time I have met several small and large armor manufacturing businesses that were interested in selling their ballistic plates to USSOCOM. I always ask them if their product meets the NIJ criteria. Typically I am told they are selling their products to the FBI and the police. They state that their products are on GSA schedule. This conversation continues until they admit that their

products have not met the NIJ test. No matter what the size of the business, the problem is that few in the industry can meet the NIJ requirements. This is not dependent on the size of the business, but rather based on the DESIGN of the plates. The Contracting Officer's review of the marketplace; input from Natick, a Senior Department of Defense testing agency in combination with the fact that the three offerors that responded to the 2006 USSOCOM armor solicitation could not meet the requirements conclusively demonstrate that there was not two small businesses capable of providing a product that met the requirements of the solicitation. These facts and my personal knowledge of the market place was the basis for utilizing full and open competition for this procurement.

Executed on October 9, 2007.

KAREN L. PERA
DEP DIR, OFFICE OF SMALL
BUSINESS PROGRAMS
US Special Operations Command