ORIGINAL

**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **THE PROTECTIVE GROUP, INC.** | |
| **Plaintiff,** | 07-806 C |
| **v.** | **Case No.**__________ |
| **THE UNITED STATES OF AMERICA** | |
| **Defendant.** | |

**CERTIFICATION PURSUANT TO RULE 7.1**

The Protective Group, Inc. ("TPG") hereby certifies pursuant to Rule 7.1(a) of the United States Court of Federal Claims that Global Protection Investments, Inc., incorporated in Delaware, owns 100 percent of TPG's stock.

Dated: November 19, 2007

Respectfully submitted,

Richard L. Moorhouse
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22101
Tel.: (703)749-1311
Fax: (703)714-8308
E-mail: moorhouser@gtlaw.com

OF COUNSEL:
L. James D'Agostino
John G. Stafford
David T. Hickey
Sean M. Connolly
1750 Tysons Boulevard
Suite 1200
McLean, Virginia 22102
Tel: (703) 749-1300
Fax: (703) 749-1301
E-mails:
dagostinoj@gtlaw.com
staffordj@gtlaw.com
hickeyd@gtlaw.com
connollys@gtlaw.com