# In the United States Court of Federal Claims

No. 07-806C

(Filed: November 20, 2007)

```
****************************************** *
                                           *
THE PROTECTIVE GROUP, INC.,                *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

ORDER

On November 20, 2007, the Court conducted a hearing to consider Plaintiff's Application For a Temporary Restraining Order. Based upon Defendant's representation that the agency, the U.S. Special Operations Command, does not expect to take any action within the next ten days that will upset the "status quo" or that could harm Plaintiff, the Court determined that a temporary restraining order is unnecessary. Accordingly, Plaintiff's application is DENIED.

During the hearing, Defendant identified a jurisdictional issue of standing that the Court will consider as a threshold matter. With the consent of the parties, the Court established the following schedule:

1. Defendant shall file the Administrative Record on or before November 23, 2007.

2. Defendant shall file its motion to dismiss for lack of jurisdiction on or before November 30, 2007.

3. Plaintiff shall file its response to Defendant's motion to dismiss on or before December 4, 2007.

4. Defendant shall file its reply in support of its motion to dismiss on or before December 6, 2007.

5. Defendant shall provide Plaintiff's counsel three days' advance notice of the agency's intent to award any contract(s) under the solicitation challenged in this action.

Further briefing on the merits of this case, if required, shall be subject to further notice from the Court.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge