IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| THE PROTECTIVE GROUP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 07-806C |
| v. | ) |
| | ) (Judge Wheeler) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

DEFENDANT'S NOTICE OF FILING OF DECLARATION OF DALE G. UHLER

Defendant, the United States, respectfully provides notice of the filing of the attached declaration of Dale G. Uhler, which defendant relied upon during the hearing held today.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

c/Deborah A. Bynum
by s/Donald E. Kinner
DEBORAH A. BYNUM
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

November 20, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on November 20, 2007, a copy of the foregoing Defendant's Notice of Filing of Declaration of Dale G. Uhler was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail