**Declaration of Dale G. Uhler**

Bid Protest by The Protective Group, Inc.

I, Dale G. Uhler, declare as follows, pursuant to 28 U.S.C. § 1746;

Statement of Urgency for BALCS Ballistic Plates:

1. As the Acquisition Executive for United States Special Operations Command (USSOCOM), I am responsibe to the Commander, USSOCOM for acquisition of all Special Operations Peculiar equipment.

2. USSOCOM has an urgent and compelling requirement to acquire the highest quality ballistic armor plates for the SPEAR Body Armor Load Carriage System (BALCS). These ballistic plates protect over 32,000 SOF personnel. The body armor requirements established within USSOCOM's solicitation, is designed specifically to meet the SOF unique mission environment to counter SOF-specific threats.

3. Currently, the source selection is proceeding in parallel with the ongoing protest activity; however, once the source selection is completed (on or about 31 December, 2007), should the Court issue the temporary restraining order, SOF forces will incur a day-for-day slip in receiving the body armor needed to operate in the current threat environment.

Executed on November 20, 2007.

D. G. UHLER
Acquisition Executive