IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | |
|---|---|
| THE PROTECTIVE GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-806C<br><br>(Judge Wheeler) |

DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, the United States, respectfully submits this notice of the filing of pages 1 though 395 of the administrative record in this action. Defendant is, separately, requesting that the Court enter a protective order that will allow defendant to file an additional 24 pages under seal. Finally, defendant will file the agency certification required by Rule 52.1(b) of the Rules of the United States Court of Federal Claims upon receiving that certification from the agency.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
by s/Reginald T. Blades, Jr.
DEBORAH A. BYNUM
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

November 23, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on November 23, 2007, a copy of the foregoing DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail