IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| THE PROTECTIVE GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-806C |
| v. | ) | |
| | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**INDEX TO THE ADMINISTRATIVE**


| TAB | DOCUMENT | PAGE(S) |
|---|---|---|
| 1. | Contracting Officer's Statement, dated September 13, 2007.. | 1 |
| 2. | Memorandum of Law, dated September 14, 2007.. | 7 |
| 3. | Solicitation H92222-06-R-0023, dated August 1, 2006. | 28 |
| 4. | Solicitation H92222-06-R-0023, Attachment 02, Go/No Go Matrix, dated May 9, 2006. | 137 |
| 5. | Memorandum for Record, Cancellation of Solicitation H92222-06-R-0023, dated January 11, 2007.. | 138 |
| 6. | DD Form 2579, Small Business Coordination Record, dated January 30, 2007. | 139 |
| 7. | Presolicitation Synopsis, dated February 9, 2007. | 141 |
| 8. | PowerPoint slides, "SOF Family of Plates Solicitation," dated March 1, 2007. | 144 |
| 9. | Solicitation H92222-07-R-0011, dated May 9, 2007.. | 153 |
| 10. | Solicitation H92222-07-R0011, Attachment 01, Performance Specification, dated April 10, 2007 (Intentionally Left Blank). | 253 |

11. Solicitation H92222-07-R0011, Change 01 to Attachment 01, Performance Specification, dated June 13, 2007 (Intentionally Left Blank). . . . . . . . . . . . . . . . . . . . 254

12. Solicitation H92222-07-R0011, Attachment 02, Requirements Matrix, dated May 8, 2007. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 255

13. Statement of Colonel Noonan Before the House Armed Services Committee, dated June 6, 2007. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 260

14. Solicitation H92222-07-R-0011, Amendment 0001, dated June 8, 2007. . . . . . . . . . . . 265

15. Questions and Answers 47-54, dated June 15, 2007. . . . . . . . . . . . . . . . . . . . . . . . . . . . 268

16. Letter from Protester re: Solicitation No. H92222-07-R-011, dated August 2, 2007. . . 271

17. Protester's Agency-Level Protest of Solicitation No. H92222-07-R-0011, dated August 6, 2007. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 275

18. Protest B-310018, The Protective Group, Inc., filed August 15, 2007. . . . . . . . . . . . . . 285

19. Declaration of Verdetta J. Weaver, dated September 12, 2007. . . . . . . . . . . . . . . . . . . . 306

20. Declaration of Richard W. Elder, dated September 12, 2007. . . . . . . . . . . . . . . . . . . . . 309

21. Dynamic Defense Materials LLC SBA Profile, dated September 24, 2007. . . . . . . . . . 312

22. Protest of the Protective Group, Inc. Under Solicitation No. H92222-07-R-0011, dated September 24, 2007. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 316

23. GAO Facsimile Sheet re: B-310018, dated October 4, 2007.. . . . . . . . . . . . . . . . . . . . . . 344

24. GAO Facsimile Sheet re: B-310018, dated October 4, 2007.. . . . . . . . . . . . . . . . . . . . . . 345

25. GAO Facsimile Sheet re: B-310018, dated October 4, 2007.. . . . . . . . . . . . . . . . . . . . . . 346

26. Agency's Written Comments, dated October 9, 2007. . . . . . . . . . . . . . . . . . . . . . . . . . . 347

27. Protest of The Protective Group, Inc. Under Solicitation No. USA-SNOTE-070813-005, dated October 10, 2007. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 360

28. Facsimile from Kenneth Dodds to Christine Choi re: The Protective Group, Inc., dated October 15, 2007. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 369

29. Protest of The Protective Group, Inc. Under Solicitation No. USA-SNOTE-070813-005, dated October 16, 2007. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 376

30. GAO Facsimile Sheet re: The Protective Group, dated October 16, 2007. . . . . . . . . . . . 379

31. Protest of The Protective Group, Inc. Under Solicitation No. USA-SNOTE-070813-005, dated October 18, 2007. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 380

32. Agency's Written Comments Responding to the SBA Comments, dated October 18, 2007. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 383

33. GAO Decision, dated November 13, 2007. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 391