# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
RATING: DO-C9
PAGE 1 OF PAGES 109

CONTRACT NO.

3. SOLICITATION NO.: H92222-06-R-0023

4. TYPE OF SOLICITATION
[ ] SEALED BID (IFB)
[X] NEGOTIATED (RFP)

5. DATE ISSUED: 01 Aug 2006

6. REQUISITION/PURCHASE NO.: 200611501

7. ISSUED BY — CODE: H92222
HQ USSOCOM/SOAL-K
ATTN: VERDETTA WEAVER
7701 TAMPA POINT BLVD.
MACDILL AFB FL 33621-5323
TEL: 813-828-5436
FAX: 813-828-7504

8. ADDRESS OFFER TO (If other than Item 7) — CODE:
See Item 7
TEL:
FAX:

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and ______ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in ______________________ until ________ local time See Section L-1.1
(Hour) (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL:
A. NAME: VERDETTA J WEAVER
B. TELEPHONE (Include area code) (NO COLLECT CALLS): 813-828-5436
C. E-MAIL ADDRESS: weaverv@socom.mil

11. TABLE OF CONTENTS



| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 72 - 84 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 - 62 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** | |
| | C | DESCRIPTION/ SPECS./ WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | 85 |
| X | D | PACKAGING AND MARKING | 63 | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 64 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 86 - 96 |
| X | F | DELIVERIES OR PERFORMANCE | 65 - 67 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 68 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 97 - 104 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 69 - 71 | X | M | EVALUATION FACTORS FOR AWARD | 105 - 109 |



## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within __________ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| | | | |
| | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE — FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

15B. TELEPHONE NO (Include area code)

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE.

17. SIGNATURE

18. OFFER DATE

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) — ITEM

24. ADMINISTERED BY (If other than Item 7) — CODE

25. PAYMENT WILL BE MADE BY — CODE

NAME OF CONTRACTING OFFICER (Type or print)
TEL: EMAIL:

27. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

Section B - Supplies or Services and Prices

MIN AND MAX

A five year Indefinite Delivery/Indefinite Quantity (ID/IQ) type of contract issuing firm fixed price (FFP) delivery orders is anticipated. The contract will consist of five (5) ordering periods. Each ordering period is set up in series, for example CLINs in the 1000 series represents ordering period one (1). Items are repetitive throughout each ordering period, with the exception of CLINs for First Article Testing which are only applicable to the first ordering period. The minimum quantity will be obligated at time of contract award. There will be no order guaranteed above the stated minimum quantity. The maximum quantity of each contract line that may be purchased throughout the life of the contract is depicted in the schedule below.

| CLIN & ITEM | Guaranteed Contract Minimum |
|---|---|
| **BALCS Ballistic Plates**<br>1001 - 1004 | The minimum amount ordered will be no less than 300 each. This minimum quantity can be ordered using any combination of sizes within the first ordering period. |
| **Tactical Stand Alone Ballistic Plates**<br>1006 – 1009, SPEAR Cut<br>1011 - 1014, Swimmer Cut | The minimum amount ordered will be no less than 20 each. This minimum quantity can be ordered using any combination of sizes and cuts within the first ordering period. |
| **Tactical Stand Alone Ballistic Plates**<br>1016, Modular Supplemental Armor Protection (MSAP) Cut | The minimum amount ordered will be no less than 150 sets. |
| **Low Visibility Ballistic Plates**<br>1018 – 1021, SPEAR Cut<br>1023 – 1026, Swimmer Cut | The minimum amount ordered will be no less than 20 each. This minimum quantity can be ordered using any combination of sizes and cuts within the first ordering period. |
| **Low Visibility Ballistic Plates**<br>1028, Modular Supplemental Armor Protection (MSAP) Cut | The minimum amount ordered will be no less than 10 sets. |

| CLIN & ITEM | Contract Maximum |
|---|---|
| **BALCS Ballistic Plates**<br>1001 – 1004, 2001 – 2004, 3001 – 3004<br>4001 – 4004, 5001 - 5004 | The maximum quantity of BALCS Ballistic Plates to be ordered under this contract (throughout the five year ordering period) is 140,000 each. This maximum quantity can be ordered using any combination of sizes within the respective ordering period. |
| **Tactical Stand Alone Ballistic Plates - SPEAR cut**<br>1006 – 1009, 2005 – 2008, 3005 – 3008, 4005 – 4008, 5005 – 5008 | The maximum quantity of Tactical Stand Alone Ballistic Plates SPEAR cut, to be ordered under this contract (throughout the five year ordering period) is 140,000 each. This maximum quantity can be ordered using any combination of sizes within the respective ordering period. |
| **Tactical Stand Alone Ballistic Plates - Swimmer cut**<br>1011 – 1014, 2009 – 2012, 3009 – 3012, | The maximum quantity of Tactical Stand Alone Ballistic Plates Swimmer cut, to be ordered under this contract (throughout the five year ordering period) is 70,000 |

| | |
|---|---|
| 4009 – 4012, 5009 – 5012 | each. This maximum quantity can be ordered using any combination of sizes within the respective ordering period. |
| **Tactical Stand Alone Ballistic Plates - MSAP cut** 1016, 2013, 3013, 4013, 5013 | The maximum quantity of Tactical Stand Alone Ballistic Plates MSAP cut, to be ordered under this contract (throughout the five year ordering period) is 85,000 sets. |
| **Low Visibility Ballistic Plates - SPEAR cut** 1018 – 1021, 2014 – 2017, 3014 – 3017, 4014 – 4017, 5014 – 5017 | The maximum quantity of Low Visibility Ballistic Plates SPEAR cut ordered under this contract (throughout the five year ordering period) will not exceed 70,000 each. This maximum quantity can be ordered using any combination of sizes within the respective ordering period. |
| **Low Visibility Ballistic Plates - Swimmer cut** 1023 – 1026, 2018 – 2021, 3018 – 3021, 4018 – 4021, 5018 – 5021 | The maximum quantity of Low Visibility Ballistic Plates Swimmer cut, to be ordered under this contract (throughout the five year ordering period) is 70,000 each. This maximum quantity can be ordered using any combination of sizes within the respective ordering period. |
| **Low Visibility Ballistic Plates - MSAP cut** 1028, 2022,3022, 4022, 5022 | The maximum quantity of Low Visibility Ballistic Plates MSAP cut, to be ordered under this contract (throughout the five year ordering period) is 50,000 sets. |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1001 | | 140,000 | Each | | |

Small - BALCS Ballistic Plates
FFP
Ordering Period 1
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1002 | | 140,000 | Each | | |

Medium - BALCS Ballistic Plates
FFP
Ordering Period 1
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1003 | | 140,000 | Each | | |

Large - BALCS Ballistic Plates
FFP
Ordering Period 1
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1004 | | 140,000 | Each | | |

XLarge - BALCS Ballistic Plates
FFP
Ordering Period 1
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1005 | | 24 | Each | | |

First Article Test
FFP
The contractor shall complete FAT IAW the Performance Specification dated 11 May 2006 and provide test data IAW Exhibit item A001.
Ordering Period 1
BALCS Ballistic Plates
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1006 | | 140,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1007 | | 140,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1008 | | 140,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1009 | | 140,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1010 | | 24 | Each | | |

First Article Test - SPEAR Cut
FFP
The contractor shall complete FAT IAW the Performance Specification dated 11 May 2006 and provide test data IAW Exhibit item A001.
Ordering Period 1
Tactical Stand Alone Ballistic Plates
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1011 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1012 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1013 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1014 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1015 | | 24 | Each | | |

First Article Testing - Swimmer Cut
FFP
The contractor shall complete FAT IAW the Performance Specification dated 11 May 2006 and provide test data IAW Exhibit item A001.
Ordering Period 1
Tactical Stand Alone Ballistic Plates

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1016 | | 85,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1017 | | 24 | Each | | |

First Article Testing - MSAP Cut
FFP
The contractor shall complete FAT IAW the Performance Specification dated 11 May 2006 and provide test data IAW Exhibit item A001.
Ordering Period 1
Tactical Stand Alone Ballistic Plates

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1018 | | 70,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1019 | | 70,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1020 | | 70,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1021 | | 70,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1022 | | 24 | Each | | |

First Article Test - SPEAR Cut
FFP
The contractor shall complete FAT IAW the Performance Specification dated 11 May 2006 and provide test data IAW Exhibit item A001.
Ordering Period 1
Low Visibility Ballistic Plates
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1023 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1024 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1025 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1026 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1027 | | 24 | Each | | |

First Article Testing - Swimmer Cut
FFP
The contractor shall complete FAT IAW the Performance Specification dated 11 May 2006 and provide test data IAW Exhibit item A001.
Ordering Period 1
Low Visibility Ballistic Plates

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1028 | | 50,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1029 | | 24 | Each | | |

First Article Testing - MSAP Cut
FFP
The contractor shall complete FAT IAW the Performance Specification dated 11 May 2006 and provide test data IAW Exhibit item A001.
Ordering Period 1
Low Visibility Ballistic Plates

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1030 | | 1 | Lot | | |

Data Items - DD Form 1423-1
FFP
The contractor shall provide data IAW the Performance Specification dated 11 May 2006 and Exhibit items A002 - A004.
Date of Award thru 30 Sep 2012
Not Separately Priced

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2001 | | 140,000 | Each | | |

Small - BALCS Ballistic Plates
FFP
Ordering Period 2
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2002 | | 140,000 | Each | | |

Medium - BALCS Ballistic Plates
FFP
Ordering Period 2
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2003 | | 140,000 | Each | | |

Large - BALCS Ballistic Plates
FFP
Ordering Period 2
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2004 | | 140,000 | Each | | |

XLarge - BALCS Ballistic Plates
FFP
Ordering Period 2
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2005 | | 140,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2006 | | 140,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2007 | | 140,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2008 | | 140,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2009 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2010 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2011 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2012 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2013 | | 85,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2014 | | 70,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2015 | | 70,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2016 | | 70,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2017 | | 70,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2018 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2019 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2020 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2021 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2022 | | 50,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3001 | | 140,000 | Each | | |

Small - BALCS Ballistic Plates
FFP
Ordering Period 3
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3002 | | 140,000 | Each | | |

Medium - BALCS Ballistic Plates
FFP
Ordering Period 3
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3003 | | 140,000 | Each | | |

Large - BALCS Ballistic Plates
FFP
Ordering Period 3
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3004 | | 140,000 | Each | | |

XLarge - BALCS Ballistic Plates
FFP
Ordering Period 3
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3005 | | 140,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3006 | | 140,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3007 | | 140,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3008 | | 140,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3009 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3010 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3011 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3012 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3013 | | 85,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3014 | | 70,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3015 | | 70,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3016 | | 70,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3017 | | 70,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3018 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3019 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3020 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3021 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3022 | | 50,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4001 | | 140,000 | Each | | |

Small - BALCS Ballistic Plates
FFP
Ordering Period 4
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4002 | | 140,000 | Each | | |

Medium - BALCS Ballistic Plates
FFP
Ordering Period 4
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4003 | | 140,000 | Each | | |

Large - BALCS Ballistic Plates
FFP
Ordering Period 4
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4004 | | 140,000 | Each | | |

XLarge - BALCS Ballistic Plates
FFP
Ordering Period 4
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4005 | | 140,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4006 | | 140,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4007 | | 140,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4008 | | 140,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4009 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4010 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4011 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4012 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4013 | | 85,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4014 | | 70,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4015 | | 70,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4016 | | 70,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4017 | | 70,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4018 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4019 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4020 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4021 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4022 | | 50,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5001 | | 140,000 | Each | | |

Small - BALCS Ballistic Plates
FFP
Ordering Period 5
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5002 | | 140,000 | Each | | |

Medium - BALCS Ballistic Plates
FFP
Ordering Period 5
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5003 | | 140,000 | Each | | |

Large - BALCS Ballistic Plates
FFP
Ordering Period 5
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5004 | | 140,000 | Each | | |

XLarge - BALCS Ballistic Plates
FFP
Ordering Period 5
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5005 | | 140,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5006 | | 140,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5007 | | 140,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5008 | | 140,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5009 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5010 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5011 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5012 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5013 | | 85,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5014 | | 70,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5015 | | 70,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5016 | | 70,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5017 | | 70,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5018 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5019 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5020 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5021 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5022 | | 50,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 06, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: 200611501

MAX
NET AMT

Section D - Packaging and Marking

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 5652.246-9000 | Marking of Warranted Items (1998) | MAY 1999 |

CLAUSES INCORPORATED BY FULL TEXT

5652.247-9000 Packaging & Marking - F.O.B. Destination (1998)

The shipping, address, contract number, device number, and any other "MARK FOR" information shall be clearly marked on the outside of all packages shipped under this contract. Information shall be easily identified without opening the package. This information shall also be included on the inside of all packages.

(end of clause)

Section E - Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 1001 - 1029 | Origin | Government | Destination | Government |
| 2001 - 2022 | Origin | Government | Destination | Government |
| 3001 - 3022 | Origin | Government | Destination | Government |
| 4001 - 4022 | Origin | Government | Destination | Government |
| 5001 - 5022 | Origin | Government | Destination | Government |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.246-2 | Inspection Of Supplies--Fixed Price | AUG 1996 |
| 52.246-16 | Responsibility For Supplies | APR 1984 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |

CLAUSES INCORPORATED BY FULL TEXT

5652.246-9001 Material Inspection and Receiving Reports (DD 250) Addresses (2001)

Material Inspection and Receiving Reports shall be transmitted electronically in accordance with DFAR 252.246-7000 to the following addresses: *(Insert the addresses of the RAO or COR, procurement office, payment office, Administrative contracting office, and any other required addresses. **To be filled in after award.**)*

(end of clause)

Section F - Deliveries or Performance

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|
| 1001 - 5022 | Will be identified per Individual Delivery Order IAW FAR 52.211-8 | Per Individual Delivery Order | SOFSA- Spear Program<br>SPO, Bldg 221, Door 12<br>Attn: Ms. Concepcion<br>5749 Briarhill Road<br>Lexington, KY 40516 | H92227 |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.211-17 | Delivery of Excess Quantities | SEP 1989 |
| 52.242-15 | Stop-Work Order | AUG 1989 |
| 52.242-17 | Government Delay Of Work | APR 1984 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.247-48 | F.O.B. Destination--Evidence Of Shipment | FEB 1999 |
| 252.217-7001 | Surge Option | AUG 1992 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-8 TIME OF DELIVERY (JUN 1997)--ALTERNATE III (APR 1984)

The Government requires delivery to be made according to the following schedule:

**REQUIRED DELIVERY SCHEDULE**

| ITEM NO. | REQUIRED/DESIRED PRODUCTION QUANTITY | REQUIRED/DESIRED SURGE RATE | WITHIN DAYS AFTER DATE OF RECEIPT OF A WRITTEN NOTICE OF AWARD |
|---|---|---|---|
| **BALCS Ballistic Plates** | | | |
| 1001 – 1004 | 600/800 | 1,000/1,500 | Within 30 days after Delivery Order (DO) for CLIN 1001-1004. |
| )001 – 2004 | 600/800 | 1,000/1,500 | Within 30 days DO for CLIN |

| | | | |
|---|---|---|---|
| | | | 2001- 2004 |
| ,001 – 3004 | 600/800 | 1,000/1,500 | Within 30 days after DO for CLIN 3001 – 3004 |
| 4001 – 4004 | 600/800 | 1,000/1,500 | Within 30 days after DO for CLIN 4001 – 4004 |
| 5001 – 5004 | 600/800 | 1,000/1,500 | Within 30 days after DO for CLIN 5001 – 5004 |
| **Tactical Stand Alone Ballistic Plates** | | | |
| 1006 – 1009 SPEAR Cut | 400 | 1,000 | Within 30 days after DO for CLIN 1006 – 1009 |
| 2005 – 2008 SPEAR Cut | 400 | 1,000 | Within 30 days after DO for CLIN 2005 – 2008 |
| 3005 – 3008 SPEAR Cut | 400 | 1,000 | Within 30 days DO for CLIN 3005 – 3008 |
| 4005 – 4008 SPEAR Cut | 400 | 1,000 | Within 30 days after DO for CLIN 4005 – 4008 |
| 5005 – 5008 SPEAR Cut | 400 | 1,000 | Within 30 days after DO for CLIN 5005 – 5008 |
| 1011 – 1014 Swimmer Cut | 400 | 1,000 | Within 30 days after DO for CLIN 1011 – 1014 |
| 2009 – 2012 Swimmer Cut | 400 | 1,000 | Within 30 days after DO for CLIN 2009 – 2012 |
| 3009 – 3012 Swimmer Cut | 400 | 1,000 | Within 30 days DO for CLIN 3009 – 3012 |
| )09 – 4012 Swimmer Cut | 400 | 1,000 | Within 30 days after DO for CLIN 4009 – 4012 |
| 5009 – 5012 Swimmer Cut | 400 | 1,000 | Within 30 days DO for CLIN 5009 – 5012 |
| **Tactical Stand Alone Ballistic Plates** | | | |
| 1016, 2013, 3013, 4013, 5013 MSAP cut | 1,200 sets | 1,600/2,600 sets | Within 30 days after DO for CLIN 1016, 2013, 3013, 4013, 5013 |
| **Low Visibility Ballistic Plates** | | | |
| 1018 – 1021 SPEAR Cut | 600 | 1,200 | Within 30 days DO for CLIN 1018 – 1021 |
| 2014 – 2017 SPEAR Cut | 600 | 1,200 | Within 30 days after DO for CLIN 2014 – 2017 |
| 3014 – 3017 SPEAR Cut | 600 | 1,200 | Within 30 days after DO for CLIN 3014 – 3017 |
| 4014 – 4017 SPEAR Cut | 600 | 1,200 | Within 30 days after DO for CLIN 4014 – 4017 |
| 5014 – 5017 SPEAR Cut | 600 | 1,200 | Within 30 days DO for CLIN 5014 – 5017 |
| 1023 – 1026 Swimmer Cut | 400 | 1,000 | Within 30 days after DO for CLIN 1023 – 1026 |
| 2018 – 2021 Swimmer Cut | 400 | 1,000 | Within 30 days after DO for CLIN 2018 – 2021 |
| ;18 – 3021 Swimmer Cut | 400 | 1,000 | Within 30 days after DO |

| | | | |
|---|---|---|---|
| | | | for CLIN 3018 – 3021 |
| 4018 – 4021 Swimmer Cut | 400 | 1,000 | Within 30 days after DO for CLIN 4018 – 4021 |
| 5018 – 5021 Swimmer Cut | 400 | 1,000 | Within 30 days after DO for CLIN 5018 – 5021 |
| **Low Visibility Ballistic Plates** | | | |
| 1028, 2022,3022, 4022, 5022 MSAP cut | 800 sets | 1,200 sets | Within 30 days after DO for CLIN 1028, 2022,3022, 4022, 5022 |

Note: The proposal shall thoroughly identify and discuss the contractor's best possible delivery schedule for the aforementioned technologies. The required/desired production quantities are provided. At minimum, the proposal will provide the contractor's intention when CLINs within the same technology are ordered in various sizes, and when multiple technologies are ordered simultaneously.

If the offeror proposes no other delivery schedule, the delivery schedule above will apply.

OFFEROR'S PROPOSED DELIVERY SCHEDULE

| ITEM NO | QUANTITY | SURGE QUANTITY | WITHIN DAYS AFTER DATE OF RECEIPT OF A WRITTEN NOTICE OF AWARD |
|---|---|---|---|
| CLIN 1001 - 5022 | | | |

(End of clause)

Section G - Contract Administration Data

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 252.232-7003 | Electronic Submission of Payment Requests | JAN 2004 |
| 5652.232-9003 | Instructions to Paying Office (2005) | MAY 2005 |

CLAUSES INCORPORATED BY FULL TEXT

5652.232-9004 Distribution of Vouchers/Invoices (2005)

(a) The contractor shall forward vouchers/invoices electronically to the addresses below in a simultaneous mailing. ***All items to be filled out after contract award.***

(1) *Insert the electronic address of the cognizant DCAA office or otherwise appropriate billing office.)*
(2) *Insert Requiring Activity Official or Contracting Officer Representative electronic address or name, organization, address and phone number.*
(3) *Insert the electronic address for the* Contracting Officer.

(b) Contract Completion voucher shall be submitted to: *(Insert office where the final invoice will be submitted along with instructions to the DCAA for forwarding the final invoice to the ACO or CO where applicable.)*

(c) Transmission of multiple copies of vouchers/invoices to one electronic address is not required when electronic submission of vouchers/invoices is required by the contract.

(end of clause)

Section H - Special Contract Requirements

CLAUSES INCORPORATED BY FULL TEXT

5652.204-9003 Disclosure of Unclassified Information (2006)

a. On September 21, 2001, the Department of Defense designated Headquarters US Special Operations Command (USSOCOM) a sensitive unit, as defined by Title 10 United States Code (USC) Section 552 (10 USC 552). In keeping with this designation, unclassified information related to USSOCOM military technology acquisitions managed by USSOCOM or any of its component commands, will be designated Controlled Unclassified Information (CUI). As such, the contractor hereby unequivocally agrees that it shall not release to anyone outside the Contractor's organization any unclassified information, regardless of medium (e.g., film, tape, document, contractor's external website, newspaper, magazine, journal, corporate annual report, etc.), pertaining to any part of this contract or any program related to this contract, unless the Contracting Officer has given prior written approval. Furthermore, any release of information which associates USSOCOM, Special Operation Forces (SOF), or any component command with an acquisition program, contractor, or this contract is prohibited unless specifically authorized by USSOCOM.

b. Request for approval shall identify the specific information to be released, the medium to be used, and the purpose for the release. The contractor shall submit the request to the Contracting Officer at least 45 days before the propose date for release for approval. No release of any restricted information shall be made without specific written authorization by the Contracting Office.

c. The Contractor shall include a similar requirement in each subcontract under this contract. Subcontractors shall submit request for authorization to release through the prime contractor to the Contracting Officer.

d. The Contractor further understands that Title 18 USC Section 701 specifically prohibits the use of the USSOCOM emblem or logo in any medium (e.g., corporate website, marketing brochure, news paper, magazine, etc.) unless authorized in writing by USSOCOM. Forward any request to use the USSOCOM emblem or logo through the Contracting Officer.

(end of clause)

CLAUSES INCORPORATED BY FULL TEXT

5652.209-9003 Use of Contractor Support/Advisory Personnel as Contract Specialists (2005)

The contractor's attention is directed to the fact that contractor personnel may assist the Government in a contract administrator role for administration of this contract. Execution of this contract constitutes approval to release the contract and contractor's proposal to Government Support Contractors who have signed Non-Disclosure and Rules of Conduct/Conflict of Interest Statements.

(end of clause)

**H.1 - Authorized Ordering Offices**

a) Only Government Contracting Officers with current warrants at the offices listed below may issue Delivery Orders under this contract.

| 4-Position Order Serial Numbers† | Authorized Ordering Offices |
|---|---|
| 00xx | HQ US Special Operations Command<br>ATTN: SOAL-KB<br>7701 Tampa Point Blvd<br>MacDill AFB, FL 33621 |
| 2Uxx | Special Operations Forces Support Activity (SOFSA)<br>Bluegrass Station<br>PO Box 14063<br>Lexington, KY 40512-4063 |
| † See DFARS 204.7004(d) | |

b) The Contract Administration Office and Payment Office designated on the cover sheet of this contract and/or Section G shall be used for all Delivery Orders issued under this contract.

c) A copy of all delivery orders and delivery order modifications shall be sent via email to the following individuals within one business day of issuance:

| Command: | Points of Contact: |
|---|---|
| US Special Operations Command | SOAL-K, Contract Specialist, See Block 7 of SF 33 |
| US Army Soldier & Biological Chemical Command | *To be filled in after award* |

d) Authority of Procuring Contracting Officer and Ordering Officers

1) Procuring Contracting Officer: The Procuring Contracting Officer (PCO), identified on the cover page of this contract, has the overall responsibility for this contract and, except for functions delegated to the ACO, has sole authority to take actions on behalf of the Government to amend, modify or deviate from the contract terms, conditions, and requirements. The PCO has sole authority to grant and revoke ordering authority under this contract. The PCO retains the authority to stop work, cancel, terminate and/or modify any delivery order issued by any Ordering Officer that is determined to be outside the scope of this contract or otherwise improper.

2) Ordering Officers: The authorized Contracting Officer who issues a delivery order is responsible for maintaining that delivery order's file and for all contractual matters related to that delivery order not reserved by the PCO or delegated to the ACO in the basic contract. The Ordering Officer is responsible for ensuring distribution of delivery orders and modifications to the persons in paragraph (c) above, the Contract Administration Office and Payment Office designated on the cover page and/or Section G of this contract, and others as appropriate. The Ordering Officer is responsible for ensuring contract reporting requirements for the delivery orders they issue are accomplished in accordance with DFARS Subpart 204.6.

e) The Contractor shall notify the PCO via fax or email within three business days of receipt of a delivery order or modification that appears to be outside the scope of the contract or contains terms and conditions that conflict with the basic contract. The Contractor shall not incur any cost in fulfilling a questioned order until the PCO renders a decision. The PCO's decision as to whether or not a questioned delivery order is within the scope of the contract and otherwise proper is final.

(end of clause)

Section I - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | JUL 1995 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-11 | Certification And Disclosure Regarding Payments To Influence Certain Federal Transactions | SEP 2005 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | SEP 2005 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.204-7 | Central Contractor Registration | OCT 2003 |
| 52.209-5 | Certification Regarding Debarment, Suspension, Proposed Debarment, And Other Responsibility Matters | DEC 2001 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JAN 2005 |
| 52.211-5 | Material Requirements | AUG 2000 |
| 52.211-15 | Defense Priority And Allocation Requirements | SEP 1990 |
| 52.215-2 | Audit and Records--Negotiation | JUN 1999 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 |
| 52.215-14 | Integrity of Unit Prices | OCT 1997 |
| 52.215-21 Alt III | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data--Modifications (Oct 1997) - Alternate III | OCT 1997 |
| 52.219-4 | Notice of Price Evaluation Preference for HUBZone Small Business Concerns | JUL 2005 |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 |
| 52.219-9 Alt II | Small Business Subcontracting Plan (Jul 2005) Alternate II | OCT 2001 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | JUL 2005 |
| 52.222-19 | Child Labor -- Cooperation with Authorities and Remedies | JAN 2006 |
| 52.222-20 | Walsh-Healey Public Contracts Act | DEC 1996 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.223-6 | Drug-Free Workplace | MAY 2001 |
| 52.223-13 | Certification of Toxic Chemical Release Reporting | AUG 2003 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | FEB 2006 |
| 52.227-1 | Authorization and Consent | JUL 1995 |

| | | |
|---|---|---|
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.232-1 | Payments | APR 1984 |
| 52.232-8 | Discounts For Prompt Payment | FEB 2002 |
| 52.232-9 | Limitation On Withholding Of Payments | APR 1984 |
| 52.232-11 | Extras | APR 1984 |
| 52.232-17 | Interest | JUN 1996 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-25 | Prompt Payment | OCT 2003 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | OCT 2003 |
| 52.233-1 Alt I | Disputes (Jul 2002) - Alternate I | DEC 1991 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.243-1 | Changes--Fixed Price | AUG 1987 |
| 52.244-5 | Competition In Subcontracting | DEC 1996 |
| 52.244-6 | Subcontracts for Commercial Items | FEB 2006 |
| 52.246-19 | Warranty Of Systems And Equipment Under Performance Specifications Or Design Criteria | MAY 2001 |
| 52.246-23 | Limitation Of Liability | FEB 1997 |
| 52.247-22 | Contractor Liability for Loss of and/or Damage to Freight Other Than Household Goods | APR 1984 |
| 52.248-1 | Value Engineering | FEB 2000 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | MAY 2004 |
| 52.249-8 | Default (Fixed-Price Supply & Service) | APR 1984 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2004 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Central Contractor Registration (52.204-7) Alternate A | NOV 2003 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.211-7006 | Radio Frequency Identification | MAY 2006 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.223-7004 | Drug Free Work Force | SEP 1988 |
| 252.225-7001 | Buy American Act And Balance Of Payments Program | JUN 2005 |
| 252.225-7002 | Qualifying Country Sources As Subcontractors | APR 2003 |
| 252.225-7003 | Report of Intended Performance Outside the United States and Canada--Submission with Offer | JUN 2005 |
| 252.225-7004 | Reporting of Contract Performance Outside the United States and Canada--Submission after Award | JUN 2005 |
| 252.225-7012 | Preference For Certain Domestic Commodities | JUN 2004 |
| 252.225-7031 | Secondary Arab Boycott Of Israel | JUN 2005 |
| 252.227-7013 | Rights in Technical Data--Noncommercial Items | NOV 1995 |
| 252.227-7016 | Rights in Bid or Proposal Information | JUN 1995 |
| 252.227-7017 | Identification and Assertion of Use, Release, or Disclosure Restrictions | JUN 1995 |