determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(End of provision)

52.215-6 PLACE OF PERFORMANCE (OCT 1997)

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, ( ) intends, ( ) does not intend (check applicable block) to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information:

Place of Performance(Street Address, City, State, County, Zip Code)

Name and Address of Owner and Operator of the Plant or Facility if Other Than Offeror or Respondent

(End of provision)

52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (MAY 2004) - ALTERNATE I (APR 2002)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is **327112.**

(2) The small business size standard is **500**.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a women-owned small business concern.

(4) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(5) (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(6) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, as part of its offer, that--

(i) It ( ) is, ( ) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ( ) is, ( ) is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:____________.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(7) (Complete if offeror represented itself as disadvantaged in paragraph (b)(2) of this provision.) The offeror shall check the category in which its ownership falls:

____ Black American.

____ Hispanic American.

____ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

____ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

____ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

____ Individual/concern, other than one of the preceding.

(c) Definitions. As used in this provision--

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern," means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern," means a small business concern --

(1) That is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; or

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice.

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999)

The offeror represents that --

(a) ( ) It has, ( ) has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation;

(b) ( ) It has, ( ) has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be

obtained before subcontract awards.

(End of provision)

52.222-25 AFFIRMATIVE ACTION COMPLIANCE (APR 1984)

The offeror represents that

(a) [ ] it has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or

(b) [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(End of provision)

52.223-13 CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (AUG 2003)

(a) Executive Order 13148, of April 21, 2000, Greening the Government through Leadership in Environmental Management, requires submission of this certification as a prerequisite for contract award.

(b) By signing this offer, the offeror certifies that--

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons: (Check each block that is applicable.)

( ) (i) The facility does not manufacture, process, or otherwise use any toxic chemicals listed in 40 CFR 372.65;

( ) (ii) The facility does not have 10 or more full-time employees as specified in section 313.(b)(1)(A) of EPCRA 42 U.S.C. 11023(b)(1)(A);

( ) (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

( ) (iv) The facility does not fall within the following Standard Industrial Classification (SIC) codes or their corresponding North American Industry Classification System sectors:

(A) Major group code 10 (except 1011, 1081, and 1094.

(B) Major group code 12 (except 1241).

(C) Major group codes 20 through 39.

(D) Industry code 4911, 4931, or 4939 (limited to facilities that combust coal and/or oil for the purpose of generating power for distribution in commerce).

(E) Industry code 4953 (limited to facilities regulated under the Resource Conservation and Recovery Act, Subtitle C (42 U.S.C. 6921, et seq.), 5169, 5171, or 7389 (limited to facilities primarily engaged in solvent recovery services on a contract or fee basis); or

( ) (v) The facility is not located within the United States or its outlying areas.

(End of clause)

252.225-7000 BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM CERTIFICATE (JUN 2005)

(a) Definitions. Domestic end product, foreign end product, qualifying country, qualifying country end product, and United States have the meanings given in the Buy American Act and Balance of Payments Program clause of this solicitation.

(b) Evaluation. The Government--

(1) Will evaluate offers in accordance with the policies and procedures of Part 225 of the Defense Federal Acquisition Regulation Supplement; and

(2) Will evaluate offers of qualifying country end products without regard to the restrictions of the Buy American Act or the Balance of Payments Program.

(c) Certifications and identification of country of origin.

(1) For all line items subject to the Buy American Act and Balance of Payments Program clause of this solicitation, the offeror certifies that--

(i) Each end product, except those listed in paragraph (c)(2) or (3) of this provision, is a domestic end product; and

(ii) Components of unknown origin are considered to have been mined, produced, or manufactured outside the United States or a qualifying country.

(2) The offeror certifies that the following end products are qualifying country end products:

------------------------------------------------------------------------

(Line Item Number Country of Origin)

------------------------------------------------------------------------

(Country of Origin)

(3) The following end products are other foreign end products:

------------------------------------------------------------------------

(Line Item Number)

------------------------------------------------------------------------

(Country of Origin) (If known)

(End of provision)

5652-204-9000 Individual Authorized to Sign (2003)

(a) Proposals shall be signed by an authorized individual. The offeror hereby represents that the individual designated below is authorized to bind the corporation, partnership, individual or educational institution. Evidence of authorization shall be provided by the offeror in accordance with the applicable instructions below. If the offeror is a joint venture, each participant in the joint venture shall submit a separate representation.

(1) CORPORATIONS: The signatory must be an official or person otherwise authorized to bind the corporation. A Corporate representation as shown below, shall be executed in accordance with the instructions, or other evidence must be furnished which satisfactorily shows that the person signing the proposal is empowered to bind the corporation. Corporations may establish the authority of its agents by furnishing a power of attorney with the offer, a corporate resolution, or by causing the following representation to be executed under its corporate seal, provided that the same officer shall not execute both the contract and the representation.

I, ______________________________, represent that I am the ________________________ of the firm named as the offeror herein; that ________________________ signed this contractual instrument on behalf of the corporation and is ___________________________ of said corporation; that said contractual instrument was duly signed for and in behalf of said corporation by authority of its governing body; and is within the scope of its corporate powers. AFFIX CORPORATE SEAL (Note: If a corporation does not have a seal or the offer is being submitted electronically, the offeror may print the word "SEAL".)

____________________________

(Signature)

(2) PARTNERSHIPS: Partnerships shall establish their authority and the authority of their agents by completing the following representation, provided that it is executed by a partner other than the person signing the contractual instrument.

I, ______________________________, represent that I am a partner of the firm of ____________________ consisting of the following partners ______________________________________________________; that _______________ signed this contractual instrument on behalf of said firm and is ___________________________ of said firm; that said contractual instrument was duly signed for and in behalf of said firm by authority of partnership; and is within the scope of its corporate powers.

___________________________

(Signature)

(3) INDIVIDUALS: The signatory must be the owner and the contractual instrument shall be signed as such unless an agent's authority has been established through a power of attorney. Individuals submitting contractual instruments under an agent's signature must furnish a power of attorney to establish the agent's authority.

(4) EDUCATIONAL INSTITUTIONS: The signatory must be an official or person otherwise authorized to bind the educational institution. A representation as shown below, shall be executed in accordance with the instructions, or other evidence must be furnished which satisfactorily shows that the person signing the proposal is empowered to bind the educational institution. Educational institutions may establish authority of their agents by furnishing with their offeror a power of attorney, a corporate resolution or by causing the following representation to be executed, provided that the same individual shall not execute both the contract and the representation.

I, ______________________________, represent that I am the ________________________ of the educational institution named as the offeror herein; that ________________________ signed this contractual instrument on behalf of the educational institution and is ___________________________ of said educational institution; that said

contractual instrument was duly signed for and in behalf of said educational institution by authority of its governing body; and is within the scope of its corporate powers.

______________________________
(Signature)

(b) Once a power of attorney or corporate resolution has been submitted to establish the authority of its agents, provide reference to the Procurement Instrument Identification Number with which it was submitted by including the following statement in lieu of furnishing an additional copy: "Evidence to establish the authority of the agent signing this document was submitted with Document Number ________________."

(end of clause)

5652.242-9001 Defense Contract Management Agency (DCMA) (2000)

Components of the Department of Defense perform contract administration services providing assistance to contractors and Government agencies in accomplishing most administrative functions required under a contract. One or more of the following may be involved. The offeror shall insert the address of the cognizant office or state "unknown" below:

Defense Contract Management District (DCMD):

Defense Contract Management Agency Center (DCMA):

Defense Plant Representative Office (DPRO):

(end of clause)

Section L - Instructions, Conditions and Notices to Bidders

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.214-35 | Submission Of Offers In U.S. Currency | APR 1991 |
| 52.215-1 | Instructions to Offerors--Competitive Acquisition | JAN 2004 |
| 52.216-27 | Single or Multiple Awards | OCT 1995 |
| 52.222-24 | Preaward On-Site Equal Opportunity Compliance Evaluation | FEB 1999 |
| 252.225-7003 | Report of Intended Performance Outside the United States and Canada--Submission with Offer | JUN 2005 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-14 NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (SEP 1990)

Any contract awarded as a result of this solicitation will be a **DO rated order** certified for national defense use under the Defense Priorities and Allocations System (DPAS) (15 CFR 700), and the Contractor will be required to follow all of the requirements of this regulation.

(End of provision)

52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a Indefinite Delivery/Indefinite Quantity (ID/IQ) type contract resulting from this solicitation. All CLINS are Firm-Fixed Price.

(End of clause)

52.233-2 SERVICE OF PROTEST (AUG 1996)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from:

HQ USSOCOM
ATTN: SOAL-K, Susan Griffin
7701 Tampa Point Blvd.,
MacDill AFB, FL 33621-5323

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this address: ***http://farsite.hill.af.mil/***

(End of provision)

5652.209-9002 Use of Contractor Support/Advisory Personnel for Review of Proposals (2005)

The offeror's attention is directed to the fact that contractor consultant/advisors to the Government will review and provide support during proposal evaluations. When appropriate, non-government advisors may have access to offeror's proposals and may be utilized to objectively review a proposal in a particular functional area and provide comments and recommendations to the Government's decision makers. They may not establish final assessments of risk, rate or rank offerors' proposals. All advisors shall comply with procurement Integrity Laws and shall sign Non-Disclosure and Rules of Conduct/Conflict of Interest statements. The Government shall take into consideration requirements for avoiding conflicts of interest and ensure advisors comply with safeguarding source selection and proprietary data. Submission of proposal in response to the solicitation constitutes approval to release the proposal to Government Support Contractors.

(end of clause)

5652.215-9000 Alternate I Instructions on Completing Standard Form 33 Solicitation, Offer, and Award (2005)

(a) In addition to Clauses L-1 and L-2, Instructions to Offerors, the offeror shall submit one signed original face of the SF 33. Any signed signature pages may be faxed to USSOCOM, ATTN: Verdetta Weaver at FAX No: (813)828-7504 or mailed to the address in block 7 of the SF 33.

(b) All offers shall be sent electronically to the address shown in Block 7 of the SF 33.

(c) The SF 33 shall be executed by the representative authorized to commit the offeror to contractual obligations. The authority to sign a proposal but not an offer subject to unilateral acceptance and award is not sufficient authorization to sign the SF 33.

(d) Under no circumstances shall the offeror make alterations or changes to the SF 33 or related pages that are a part of the solicitation package. The offeror shall complete required items and information as indicated throughout the solicitation.

(e) Offerors shall complete the Representations, Certifications and Other Statements of Offeror in Section K.

(f) Any amendments to this solicitation will be issued on an SF 30, Amendment of Solicitation/ Modification of Contract. Amendments shall be acknowledged in accordance with instructions in block 11 of the SF 30 and acknowledged in block 14 of the SF 33. Acknowledgement of issued amendments shall either be faxed to USSOCOM, ATTN: Verdetta Weaver at FAX No: (813)828-7504 or mailed to the address in block 7 of the SF 33.

(end of clause)

5652.215-9005 Estimated Prices for Data (2000)

In accordance with DFARS 215.470 the offeror shall provide estimated data prices for each data item set forth on the DD Form 1423 "Contract Data Requirements List."

(end of clause)

5652.215-9009 Personnel Changes before Award (1998)

Offerors shall verify and ensure the continuing availability of personnel for whom resumes are required and have been submitted. If personnel substitutions/changes occur prior to award, the offeror shall immediately notify the Contracting Officer. Failure to do so may render the proposal unacceptable.

(end of clause)

5652.215-9010 Cost and Pricing Data Not Required (1998)

It is anticipated that adequate price competition will be available to determine price reasonableness. In the event that the price reasonableness cannot be determined based on adequate competition, the Contracting Officer may require the submittal of cost or pricing data in accordance with FAR 15.403.

(end of clause)

5652.215-9016 Technical and Contractual Questions Concerning This Solicitation (2000)

All questions concerning this procurement, either technical or contractual must be submitted in writing to the Contracting Office. No direct discussion between the technical representative and a prospective offeror will be conducted unless it is deemed necessary by the Contracting Officer. Questions shall be sent to the following point of contact:

Verdetta Weaver at weaverv@socom.mil or by Fax: 813-828-7504

(end of clause)

L-1 PROPOSAL SUBMITTAL

L-1.1 Notice of Intent (NOI) to Submit a Proposal. To allow the government to allocate manpower, schedule necessary test facilities, etc all firms planning on submitting a proposal(s) (including the required product models) shall inform the contract specialist, Ms. Verdetta Weaver, via email at: weaverv@socom.mil, of their intent to submit a proposal by no later than 4:00pm edt., 9 August 2006. It is the Government's intension to release the Performance Specification and Ozalid patterns on 16 August 2006, or within two (2) days of the last government representative's validation, whichever is later. Proposals will be due no later than 2:00pm edt., 30 days thereafter. Failure to provide the required Notice of Intent to Submit a Proposal requested in this paragraph by the above date/time may prevent any subsequent proposal provided by the firm from being given further consideration for award. Offerors shall ensure they receive an acknowledgement from the contracting office.

L-1.1.1 NOI must include the following: systems the offeror intends to bid on, cage code number, DUNS number, state of incorporation, corporate license number, identify if foreign owned or a controlled company with full identification of the parent corporation, country of affiliation, identify whether subcontractors are foreign, identify vendor, foreign country of affiliation and what physically constitutes the foreign content of their product(s). Only those offerors who submit a Notice of Intent and whose production facility can be verified by a Government Representative, will receive the Performance Specification and Ozalid patterns with specific weight limits for each size, and may submit a proposal which shall be considered by the agency. This is not an R&D contract; offerors must have an existing U.S. verifiable production line for any product proposed under this solicitation.

L-1.2 Offerors shall submit their written proposal electronically. The Government will not require hard copies of proposals. Offerors have the option to submit their proposal via CD-ROM or 3 1/2" x 5" Diskettes. CD-ROM/Diskette shall be "Read Only" and submitted in either Microsoft Word 2000, Excel 2000, Adobe Acrobat 5.0, or higher. Each volume shall be submitted on a separate CD-ROM/Diskette and shall be named accordingly (Vol_I – Vol_III). Do not compress the files. CD-ROM or Diskettes shall be delivered to the address shown in the SF33, Block 7 to U.S. Special Operations Command, 7701 Tampa Point Blvd, ATTN: SOAL-KB - Ms. Verdetta Weaver, MacDill AFB, FL 33621-5323.

**L-2 FORMAT**

L-2.1 The offeror's complete proposal will be submitted in three separate volumes as set forth below. Proposals shall be provided through electronic media. The Government's intent is to streamline all aspects of the source selection process by focusing the evaluation on real discriminators supporting the most important user objectives. Offerors should confine their submissions to essential matters, sufficient to define their proposal and provide an adequate basis for evaluation. Unsupported promises to comply with the contractual requirements are insufficient. Proposals must not merely echo the contractual requirements; they must provide convincing documentary evidence supporting asserted performance.

| Volume | Contents |
|---|---|
| I | Technical/Management Area |
| II | Past Performance Area |
| III | Price Area |

L-2.2 Proposal pages shall be numbered by volume and page. For example, the first page of Volume I "Technical/Management Area" would be numbered "I-1." Each volume shall contain a title page, table of contents, list of acronyms, and list of tables and figures for that volume. Each page shall be labeled with the RFP number, company name and submission due date. Paragraphs shall be numbered sequentially and by a logical convention. Volume I "Technical/Management" shall not exceed 100 pages, excluding test data.

L-3 **PRELIMINARY PROPOSAL CONTENT**

L-3.1 **Product Models and Preliminary Data.** Offerors are required to submit at no expense to the Government Product Demonstration Models (PDMs) as part of the proposal. PDMs must be received by the time and date set forth for closing of offers. The models shall be representative of production ready systems. **No substitutes to the Government furnished Ozalid patterns will be accepted.** After contract award, all product models that are not destroyed in testing will be returned to each unsuccessful offeror at the offeror's expense upon written request by that offeror to the Contracting Officer. All product models will be retained from the successful offeror by the government at no additional cost to the government. The Offerors must make their written request to Government within thirty (30) days after contract award. After that period, the Government may dispose of the PDMs without prior notice. PDMs provided do not count toward deliverable quantities specified in the Schedule of Supplies. Quantities required for each system are indicated in Table - 1 below.

**Table – 1**

| **BALCS Ballistic Plates** | **Tactical Ballistic Plates** | **Low Visibility Ballistic Plates** |
|---|---|---|
| **SPEAR Cut**<br>Size / Qty<br>Small 2<br>Medium 2<br>Large 2<br>X-Large 2 | **SPEAR Cut**<br>Size / Qty<br>Small 2<br>Medium 2<br>Large 2<br>X-Large 2 | **SPEAR Cut**<br>Size / Qty<br>Small 2<br>Medium 2<br>Large 2<br>X-Large 2 |
| | **Swimmer Cut**<br>Size / Qty<br>Small 2<br>Medium 2<br>Large 2<br>X-Large 2 | **Swimmer Cut**<br>Size / Qty<br>Small 2<br>Medium 2<br>Large 2<br>X-Large 2 |
| | **Modular Supplemental**<br>Size / Qty<br>One Size 2 | **Modular Supplemental**<br>Size / Qty<br>One Size 2 |

L-3.1.1 **Preliminary Data.** The Technical/Management Volume shall include a Preliminary Data section which includes the following items:

(1) Go/No-Go Matrix. Offerors shall submit a completed Go/No Go Matrix (Attachment 02), which will fully discuss how the offeror passes each criteria.

(2) Preliminary ballistic test data for each item. Prior ballistic test data will give the Government reasonable indication that any system submitted with this offer, when ballistically tested by the Government (both conditioned and unconditioned) will meet the ballistic requirements shown in the Performance Specification. Testing must have been conducted at an independent test laboratory (i.e. HP White, South West Research Institute (SWIR)).

(3) ISO or Equivalent Certification. ISO 9000 or equivalent certifications issued to the offeror shall be provided.

L-3.1.2 Packaging of the PDMs are an important part of the Full Technical evaluation. The product models shall be marked as shown in specification paragraph 3.5.1. Instead of a contract number the offeror shall use XXXXXX-XX-X-XXXX and instead of the Manufacturers Name the offeror shall mark the item with SAMPLE. The product models and associated equipment shall not have any company specific logo/ID markings. Packaging used to ship the PDMs will be used to evaluate the offerors compliance with specification paragraph 3.5. Any paperwork or documents (or reasonable facsimiles) that will be used in future shipments shall be included in the packaging. Packaging of the product models is the responsibility of the offeror. The offeror is responsible to deliver their product models in cases which adequately protect their models to the required destination delineated in this solicitation and for any potential subsequent shipping of the models during all phases of the evaluation.

L-3.2 The PDMs are to be delivered to the following address by the closing date and time indicated in block 9 of the SF33, page 1 of the RFP:

US Army Natick Soldier Center
ATTN; AMSSB-RIP-SP(N)
Bldg. 4, Room D218
Kansas Street
Natick, MA 01760
ATTN: Sandy Schlosberg

**L-4 FULL PROPOSAL CONTENT**

**L-4.1 AREA I – Technical/Management Area (VOLUME I)**

Only those offerors who submit a Notice of Intent shall be considered by the agency.

L-4.1.1 FACTOR 1: PRODUCT MODELS. PDMs will be provided and packaged in accordance with the Performance Specification and Requirements Matrix, attachments 01 and 03. Offerors shall complete the requirements matrix at attachment 03.

L-4.1.2 FACTOR 2: TECHNICAL APPROACH.

The offeror shall complete the Requirements Matrix at Attachment 03 by providing references to specific pages, paragraphs or attachments in the proposal. The offeror shall provide in their proposal sufficient technical detail for each performance parameter to allow the Government to properly evaluate compliance with the requirements shown in Standard Form 33, Performance Specification, Attachment 01, and other RFP requirements. High Risk or areas of non-compliance shall be identified by the offeror.

L-4.1.3 FACTOR 3: MANAGMENT APPROACH.

L-4.1.3.1 The offeror shall complete the Requirements Matrix, Attachment 03, by providing references to specific pages, paragraphs or attachments in the proposal. The offeror shall provide in their proposal sufficient technical detail for each performance parameter to allow the Government to properly evaluate compliance with the requirements shown in Standard Form 33, Performance Specification, Attachment 01, and other RFP requirements. High Risk or areas of non-compliance shall be identified by the offeror.

L-4.1.3.2 Large Businesses responding to this RFP shall submit a small business subcontracting plan IAW FAR Part 19.

**L.4.2 AREA II - Past Performance Area (VOLUME II)**

L-4.2.1 Offerors shall provide a completed Past Performance Matrix, Attachment 04, with the offeror's last five relevant government contracts (all prime and major subcontracts received, or in performance, during the past 3 years). Offerors without relevant past performance shall indicate in the proposal that they do not have relevant past performance. Failure to state the lack of past performance may be grounds for rating the proposal noncompliant with the solicitation requirements.

L-4.2.1.1 The offeror shall send the Past/Current Performance Questionnaire (all sections) to each of the Points of Contact (POCs) identified in the matrix and follow up to verify the POCs have provided the questionnaires to the Government. Best efforts should be made by the offeror to ensure completion of the questionnaires. Completed questionnaires shall be submitted directly to the Government, not later than the date proposals are due, from the following in descending order of availability: (1) Procuring Contracting Officer/Contract Negotiator or equivalent, (2) Program/Project Manager, or equivalent, (3) Administrative Contracting Officer/Contract Administrator or equivalent, (4) Other. Once the Past/Current Performance Questionnaires have been completed by the POCs, the information contained therein shall be considered sensitive and shall **not** be released to you, the Offeror by the POCs. The offeror is required to have the references send directly to the contracting officer listed in block 7 of the SF33, page one (1) of this solicitation, the answers to the Past Performance Questionnaire (Attachment 05 of the solicitation). The offeror shall also complete a questionnaire on their own performance for each of the relevant contracts listed in the matrix. Offerors may provide information on problems encountered on the contracts and subcontracts identified and corrective actions taken to resolve those problems.

L-4.2.2 Small Business Subcontracting Goals. All offerors shall submit the Standard Form 294, Subcontracting Report for Individual Contracts for all relevant contracts, when applicable. All offerors participating in the Comprehensive Subcontracting Program shall prepare and submit a Standard Form 294 that addresses relevant contracts.

**L-4.3 AREA III - Price Area (VOLUME III)**

L-4.3.1 The schedule contains a basic CLIN structure to identify the Government's requirements. Offerors shall complete the schedule by creating step ladder pricing that will allow for maximum economies of scale, IAW Attachment 06, Range Pricing. Offerors shall provide ordering quantities that cover a range from one through the maximum order quantities for the pertinent CLIN.

L-4.3.2 Cost and pricing data is not required IAW FAR 15.403, however, the Contracting Officer reserves the right to request other than cost and pricing data should it be necessary to allow the Government to make a fair and reasonable price determination. The Contractor shall explain any price anomalies (i.e. for example, range order pricing economies of scale differences). The price proposal shall include information on any significant contractor with whom the prime has teamed with or major subcontract with. Other than cost and pricing data may be required of the subcontractor, the same as above pertinent to the prime if the Contracting Officer determines the information is needed for a reasonable determination.

L-4.3.3 Prices for technical data shall be "not separately priced" in accordance with the schedule, however, cost for each data submission shall be provided in the pricing volume for evaluation purposes.

L-4.3.4 If applicable, catalog pricing containing detailed price list for any scheduled item shall be furnished. Explanations shall be provided for any differences between the published price list and the proposed. The offeror shall explain the basis for any proposed inflation from year to year.

L-4.3.5 The proposal is presumed to represent an offeror's best offer since the Government reserves the right to award without discussions. As such, the offeror's initial offer should contain the best terms from a price and

technical standpoint. Any inconsistency whether real or apparent, between promised performance and price, should be explained in the proposal as price credibility rest with the offeror. The Government may reject any and all offers if such an action is in the publics interest, accept other than the lowest price proposal and waive any informalities and minor irregularities in the received submittals.

## SECTION M — BASIS FOR AWARD

### M-1 BASIS FOR AWARD

M-1.1 Failure to comply with the instruction identified herein or mere acknowledgement or restatement of a requirement or task is not acceptable and may be cause for rejection.

M-1.2 The government may award multiple Indefinite Delivery Indefinite Quantity (IDIQ) contracts resulting from this solicitation. Contract award shall be made to the offeror(s) whose proposal is deemed responsible in accordance with the Federal Acquisition Regulation (FAR), and whose proposal conforms to the RFP requirements and is determined to represent the "best value" to the Government with appropriate consideration given to the major areas, listed in descending order of importance: Technical, Past Performance, and Price. Award may be made of some or all the Contract Line items. Technical is significantly more important than the Past Performance Area. Past Performance is significantly more important than Price. The Technical and Past Performance Areas when combined are significantly more important than Price. The Source Selection Authority (SSA) will determine the "best value" to the Government through an integrated assessment of all proposals. The integrated assessment by the SSA will serve as the final determination for contract award(s).

M-1.3 In evaluating proposals, the Government will make appropriate trade-offs when required and select the proposal(s) that is most advantageous to the Government, price and other factors considered. Offerors are cautioned that an award may not necessarily be made to the lowest price offeror.

M-1.4 The Government may award a contract(s) on the basis of initial offers received, without discussions. Therefore, each initial offer should contain the offeror's best terms from a cost or price and technical standpoint. However, if considered necessary by the contracting officer, discussions will be conducted with only those offerors determined to have a reasonable chance for award. Ballistic testing will only be conducted with those offerors remaining in the competitive range.

M-1.5 The Evaluation will be done in two parts: A Preliminary Evaluation and a Full Proposal Evaluation. The Preliminary Evaluation is a pass/fail evaluation. Proposals passing all criteria will move on to the Full Proposal Evaluation. Those proposals not passing all the standards shall be eliminated from further consideration for award.

M-1.6 The Government reserves the right to award multiple contracts per each plate technology, a single contract, or no contract award. For clarification purposes, the three plate technologies are as follows: 1) BALCS System, available in SPEAR cut; 2) Tactical Stand Alone Ballistic System, available in SPEAR, Swimmer and MSAP cuts; and 3) Low Visibility Ballistic System, available in SPEAR, Swimmer and MSAP cuts.

M-1.7 In order to be considered for award, offerors must clearly demonstrate the ability to meet or exceed the requirements identified in the Performance Specification.

M-1.8 Offerors are cautioned that a significant deficiency in any Area, Factor, or Element may be grounds for elimination of the proposal from further consideration for award.

### M-2 EVALUATION AREAS, FACTORS AND WEIGHTINGS

**EVALUATION AREAS AND FACTORS AND WEIGHTINGS.** The Areas weightings are identified in paragraph M-1.2 above. The Factors are identified in descending order of importance. Factor 1 is significantly more important than Factor 2. Factor 2 is significantly more important than Factor 3.

**Preliminary Evaluation of Go/No Go Criteria.** Offerors not successfully passing these criteria shall be eliminated from further consideration for award.

**Full Proposal Evaluation**

AREA I – TECHNICAL/MANAGEMENT

FACTOR 1 – Product Models
FACTOR 2 – Technical Approach
FACTOR 3 – Management Approach

AREA II – PAST PERFORMANCE

AREA III – PRICE

**M-3 PRELIMINARY EVALUATION.** The proposal and product models will be evaluated in accordance with the criteria identified by the Government in Attachment 02 entitled Go/No Go Matrix. Proposals that fail to meet the minimum threshold requirements for Go/No Go tests outlined in the Go/No Go Matrix (Attachment 02) shall be grounds for rejection of the entire proposal.

**M-4 FULL PROPOSAL EVALUATION.** Each proposal will be evaluated on merit, best overall value to the government, price and other factors considered. In addition to other factors, offers will be evaluated on the basis of advantages and disadvantages to the government that might result from making only one award, particularly the risk to the Government from a technical integration, logistics and administrative cost perspective.

**M-4.1 TECHNICAL/MANAGEMENT AREA EVALUATION**

The Government will evaluate the extent to which the offeror's technical proposal and product models demonstrate a sound, practical methodology for satisfying the specification and requirements stated in the solicitation. The verification test shown in the Matrix will be used to determine if a product model meets the minimum threshold requirements.

M-4.1.1 FACTOR 1 - PRODUCT MODELS. The product models will be examined by technical representatives and may be verified at a Government owned or independent test lab to determine the extent to which it meets the specifications and supports the data provided.

M-4.1.2 FACTOR 2 - TECHNICAL APPROACH

The Government will evaluate the proposal to determine the extent to which the proposed items meet the technical requirement as outlined in the Performance Specification and Requirements Matrix (Attachments 1and 3). The Government will evaluate the extent to which the proposal demonstrates the proposed plate construction and manufacturing methods and testing will produce end items which will provide the greatest degree of ballistic protection based on known industry and government material testing. The evaluation will include a determination of the operational suitability and effectiveness of the items. Both objective and subjective data will be collected in order to assess the proposed plate construction methods and its ability to be operationally suitable and effective.

M-4.1.3 FACTOR 3 – MANAGEMENT APPROACH

M-4.1.3.1 The Government will evaluate the proposal IAW the criteria established in attachment 03, Requirements Matrix to determine whether the offeror has demonstrated that appropriate management personnel and procedures are in place to consistently manage, manufacture and deliver the products required under this contract.

M-4.1.3.2 For large businesses responding to this RFP, the proposed Small Business Subcontracting Plan will be evaluated IAW FAR 19.705-4 & DFAR 219.705-4.

**M-4.2 Past Performance Area Evaluation**

M-4.2.1 Performance risk considers those risks associated with an offeror's likelihood of success in performing the solicitation requirements as indicated by the offeror's record of past/current performance on relevant contracts. The Past Performance Evaluation will consider the currency and relevance of the information, source of the information, context of the data, and general trends in contractor's performance of an offeror and all subcontractors/team members. Proposals shall be evaluated to determine if the contracts and sources submitted for the prime and subcontractors/team members are current and relevant. For the purpose of this solicitation, currency is performance occurring within the last three (3) years for the period May 2003 through the solicitation release date. Within this period, performance occurring later in the period may have greater significance than work occurring earlier in the period. For the purpose of this solicitation, relevancy is defined as manufacturing the same/similar items, to similar customers in similar quantities. If no relevant historical or current data exists then the procedures of FAR 15.305(a)(2)(iv) will apply. A failure to state "No Experience" may cause the proposal to be excluded from further consideration for award.

M-4.2.1.1 The Government will evaluate the Proposal and data from outside sources considering the following aspects: Schedule Planning & Control, Quality Assurance, and Cooperation. This includes the offeror's performance in schedule, and the administrative aspects of performance; the offeror's history for reasonable and cooperative behavior and commitment to customer satisfaction; and generally, the offeror's businesslike concern for the interests of its customers. The results of this evaluation will form the basis of the assignment of a low, moderate or high performance risk rating.

M-4.2.2 For Large Businesses responding to this RFP: The proposal will be evaluated to determine whether offerors have achieved their Small Business Subcontracting Plan goals and monetary targets on relevant contracts. The evaluation will also take into account the offeror's actions taken to attempt to achieve those goals.

**M.4.3 Price Area Evaluation.**

M-4.3.1 Price will be evaluated for completeness, reasonableness. A total evaluated price (TEP) for the maximum quantities over the entire length of contract performance will be determined utilizing price analysis in accordance with FAR 15.404-1(b). Price will be evaluated to determine whether the offeror understands the requirement and risk inherent in the scope of work. In addition, Price will be evaluated to determine the feasibility of performing all the terms and conditions of the offer within the total price proposed by the offeror. Price reasonableness is a matter of the competitiveness of the Offeror's proposal, considering the price and evaluation criteria. Competitiveness is not determined by a simple comparison with the prices proposed by the other offerors, but rather, involves making trade-offs among offers with varying degrees of advantageousness. The TEP integrated with other evaluation criteria could result in award to other than the offeror with the lowest evaluated price.

M-4.3.2 In the event the Government requires other than cost and pricing data, it shall be evaluated in accordance with FAR 15.404-1.

M-4.3.3 Although prices for technical data not-separately-priced is not required in Section B of the solicitation; DoD requires estimates of the prices of data in order to evaluate the cost to the Government of data items in terms of their management, product, or engineering value in accordance with DFARS 215.470.

M-4.3.4 Completeness and Balanced Pricing: The proposal will be evaluated to ensure that ALL CLINS for which the offeror is submitting prices are completed. The price proposal will be evaluated for completeness, that is a price has been submitted for all contract line item proposed. All proposals will be evaluated for unbalanced pricing. Offerors are cautioned that unbalanced unit prices may be grounds for exclusion of a proposal from consideration for award.

M-4.3.5 Total Evaluated Price (TEP): The price evaluation will utilize a projected ordering scenario that covers all CLINS of this RFP. The projected 5-year ordering scenario amounts in the table below are FOR EVALUATION PURPOSES ONLY. For example, CLIN 1001 (BALCS Plate - Small) has a stated estimated quantity of 18,200/ea.

For evaluation purposes, an undisclosed projected ordering quantity for CLIN 1001 BALCS Plates - Small for each year will be multiplied by the proposed pricing for the associated year. The products of the multiplication for each year will be summed for a total evaluated CLIN 1001 price. This procedure will be repeated for all CLINs identified in the table. All CLINs will then be summed to arrive at the TEP.

| ITEM NO | SCHEDULE OF SUPPLIES/SERVICES | QUANTITY | UNIT |
|---|---|---|---|
| 1001, 2001, 3001, 4001, 5001 FFP | BALCS Plate – Small Regular | 18,200 | EA |
| 1002, 2002, 3002, 4002, 5002 FFP | BALCS Plate – Medium Regular | 42,000 | EA |
| 1003, 2003, 3003, 4003, 5003 FFP | BALCS Plate – Large Regular | 61,600 | EA |
| 1004, 2004, 3004, 4004, 5004 FFP | BALCS Plate – Xtra Large Regular | 18,200 | EA |
| 1006, 2005, 3005, 4005, 5005 FFP | Tactical Stand Alone SPEAR Cut – Small Regular | 18,200 | EA |
| 1007, 2006, 3006, 4006, 5006 FFP | Tactical Stand Alone SPEAR Cut – Medium Regular | 42,000 | EA |
| 1008, 2007, 3007, 4007, 5007 FFP | Tactical Stand Alone SPEAR Cut – Large Regular | 61,600 | EA |
| 1009, 2008, 3008, 4008, 5008 FFP | Tactical Stand Alone SPEAR Cut – Xtra Large Regular | 18,200 | EA |
| 1011, 2009, 3009, 4009, 5009 FFP | Tactical Stand Alone Swimmer Cut – Small Regular | 9,100 | EA |
| 1012, 2010, 3010, 4010, 5010 FFP | Tactical Stand Alone Swimmer Cut – Medium Regular | 21,000 | EA |
| 1013, 2011, 3011, 4011, 5011 FFP | Tactical Stand Alone Swimmer Cut – Large Regular | 30,800 | EA |
| 1014, 2012, 3012, 4012, 5012 FFP | Tactical Stand Alone Swimmer Cut – Xtra Large Regular | 9,100 | EA |
| 1016, 2013, 3013, 4013, 5013 FFP | MSAP Stand Alone | 85,000 | Sets |
| 1018, 2014, 3014, 4014, 5014 FFP | Low Vis SPEAR Cut – Small Regular | 9,100 | EA |
| 1019, 2015, 3015, 4015, 5015 FFP | Low Vis SPEAR Cut – Medium Regular | 21,000 | EA |
| 1020, 2016, 3016, 4016, 5016 | Low Vis SPEAR Cut – Large Regular | 30,800 | EA |

| ITEM NO | SCHEDULE OF SUPPLIES/SERVICES | QUANTITY | UNIT |
|---|---|---|---|
| FFP | | | |
| 1021, 2017, 3017, 4017, 5017 FFP | Low Vis SPEAR Cut – Xtra Large Regular | 9,100 | EA |
| 1023, 2018, 3018, 4018, 5018 FFP | Low Vis Swimmer Cut – Small Regular | 9,100 | EA |
| 1024, 2019, 3019, 4019, 5019 FFP | Low Vis Swimmer Cut – Medium Regular | 21,000 | EA |
| 1025, 2020, 3020, 4020, 5020 FFP | Low Vis Swimmer Cut – Large Regular | 30,800 | EA |
| 1026, 2021, 3021, 4021, 5021 FFP | Low Vis Swimmer Cut – Xtra Large Regular | 9,100 | EA |
| 1028, 2022, 3022, 4022, 5022 FFP | MSAP Low Vis | 50,000 | Sets |