# Go/No Go Matrix

| CHARACTERISTICS PERF SPEC References | REQUIREMENTS | VERIFICATION/CRITERIA | SUPPLIER RESPONSES AND REFERENCED ATTACHMENTS |
|---|---|---|---|
| Product Demonstration Model (PDM)<br><br>Reference: Section L, Table 1 of the RFP | ☐ 8 BALCS Ballistic Plates<br>☐ 18 Tactical Ballistic Plates<br>☐ 18 Low Visibility Ballistic Plates | In accordance with the offeror's Notice of Intent, the appropriate number and sizes of PDMs are provided IAW Section L, Table 1 | |
| Preliminary Ballistic Test Data<br><br>Reference:<br>PERF SPEC 3.1 | The offeror shall provide sufficient ballistic test data to demonstrate that the plate system submitted have been tested in the configuration specified and therefore has a reasonable opportunity to meet the performance requirements shown in paragraph 3.1 when independently tested by the Government. | The Government will verify that test data has been submitted by the offeror and the data is consistent with test requirements shown in Specification paragraph 3.1, Ballistic Performance. Failure to submit the data required will result in a finding of unacceptable. | |
| Weight/Areal Density/Thickness<br><br>Reference:<br>PERF SPEC 3.1.1.1, 3.1.1.2, 3.1.2.1, 3.1.2.2, 3.1.3.1, 3.1.3.2 | Weight, areal density and thickness of each Product Demonstration Model (PDM) shall be measured to the requirements shown in Performance Specification paragraph 3.1 | The PDM ballistic plates shall be weighed on a digital scale to the nearest 0.01 pound. The average weight of the same size plates in each system will be used.<br><br>Areal density of the plate shall be calculated from the weight of each PDM plate. The areal density used for the final determination will be an average of the same size plates in each system.<br><br>The thickness of the PDM plate shall be tested in accordance with ASTM-D-1777. The pressure applied to the presser foot shall be 0.5 PSI. Measurements will be taken in 4 locations on each sample set submitted. An average of the measurements of the same size plates will be used for the final determination. | |
| Patterns<br><br>Reference:<br>PERF SPEC 3.2.1 | Plates shall conform to all measurements, tolerances, radius and edge chamfers provided in Drawings | Physical measurements of all PDMs will be taken to show that all measurements conform to dimensions and tolerances in Drawings. Two length and two width measurements shall be made and conform to the tolerances specified in the drawings. | |
| ISO 9000 or Equivalent Certification<br><br>Reference:<br>PERF SPEC 3.4.3 | The Government is looking for no variation in the quality of the individual items delivered under any resultant contract. ISO 9000 or equivalent certifications issued to the offeror shall be provided. | The Government will verify that an ISO 9000 or equivalent certification has been provided. | |

UNITED STATES SPECIAL OPERATIONS COMMAND
7701 TAMPA POINT BLVD.
MACDILL AIR FORCE BASE, FLORIDA 33621-5323

Memorandum For Record 11 January 2007

SUBJECT: Solicitation H92222-06-R-0023, Source Selection Authority Decision Memorandum

The United States Special Operations Command (USSOCOM) completed the Preliminary Evaluation of the Go/No-Go criteria for the Special Operations Forces Personal Equipment Advanced Requirements (SPEAR) Body Armor Load Carriage System (BALCS) Family of Ballistic Plates under solicitation H92222-06-R-0023. An evaluation of Product Demonstration Models (PDMs) and preliminary data was conducted in accordance with Attachment 02, "Go/No-Go Matrix" to the solicitation. The evaluation was performed in Natick Massachusetts from 7 November 2006 through 7 December 2006.

Proposals and PDM's were received from the following vendors:

ArmorWorks
7306 S. Harl Ave.
Tempe, Arizona 85283

Ceradyne Inc.
3169 Red Hill Avenue
Costa Mesa, CA. 92626

Dynamic Defense Materials, LLC
1515 Garnet Mine Road
Boothwyn, PA 19061

The results of this evaluation indicate that three of three offerors providing PDMs failed portions of the Go/No-Go criteria set forth in attachment 02. Based upon these results, the undersigned Source Selection Authority directed that no offeror would move on for Full Proposal Evaluation.

The Government will officially cancel solicitation H92222-06-R-0023. The cancellation of the solicitation is based on the lack of acceptable responses in meeting the Government's requirements identified in the Performance Specifications at this time. Revisions to the Government's requirements are being processed. A new solicitation will be posted to FedBizOpps in order to re-compete the effort.

SUSAN M. GRIFFIN
Source Selection Authority

## SMALL BUSINESS COORDINATION RECORD

REPORT CONTROL SYMBOL DD-AT&L(AR)1862

| 1. CONTROL NO. *(Optional)* | 2. PURCHASE REQUEST NO./ REQUISITION NO. | 3. TOTAL ESTIMATED VALUE *(Including options)* | 4. SOLICITATION NO./CONTRACT MODIFICATION NO. |
|---|---|---|---|
| *BALCSBPS30JAN2007VW* | | [redacted] | H92222-07-R-XXXX |

**5. BUYER**

| a. NAME *(Last, First, Middle Initial)* | b. OFFICE SYMBOL | c. TELEPHONE *(Include Area Code)* |
|---|---|---|
| Weaver, Verdetta | SOAL-KP | 813-826-5436 |

**6. ITEM DESCRIPTION** *(Including quantity*

**6a. FEDERAL SUPPLY CLASS/SERVICE (FSC/SVC) CODE** 8470

Body Armor Load Carriage System (BALCS) Ballistic Plate Sets; Tactical Stand Alone Plate Set; and Low Visibility Ballistic Plate Set. The minimum quantities will vary from 10 to 300 depending on the plate technology and design. The maximum quantities will vary from 50,000 to 140,000 depending on the plate technology and design.

**7. TYPE OF COORDINATION** *(X one)*

| | |
|---|---|
| X | INITIAL CONTRACT |
| | MODIFICATION |
| | WITHDRAWAL |

**8. SMALL BUSINESS SIZE STANDARD**

| a. NORTH AMERICAN INDUSTRY CLASSIFICATION SYSTEM (NAICS) CODE | b. NO. OF EMPLOYEES | c. DOLLARS |
|---|---|---|
| 327112 | 500 | |

**9. RECOMMENDATION** *(X as applicable)*

| YES | NO | *(If all recommendations are "No," explain in Remarks.)* |
|---|---|---|
| | X | a. SECTION 8(a) *(X one)* |
| | | (1) COMPETITIVE; (2) SOLE SOURCE |
| | X | b. SMALL DISADVANTAGED BUSINESS (SDB) SET-ASIDE |
| | X | c. HISTORICALLY BLACK COLLEGES AND UNIVERSITIES/ MINORITY INSTITUTIONS (HBCU/MI) SET-ASIDE *(List percentage)* n/a % |
| | X | d. SMALL BUSINESS (SB) SET-ASIDE *(List percentage)* 100 % |
| | X | e. EMERGING SMALL BUSINESS SET-ASIDE |
| | X | f. EVALUATION PREFERENCE FOR SDBs |
| | X | g. HUBZONE SET-ASIDE |
| | X | h. HUBZONE SOLE SOURCE |
| | X | i. HUBZONE PRICE EVALUATION PREFERENCE |

**10. ACQUISITION HISTORY** *(X one)*

| | |
|---|---|
| X | a. FIRST TIME BUY - Tactical Stand Alone & Low Vis Plates |
| X | b. PREVIOUS ACQUISITION *(X all that apply)* SPEAR BALCS Ballistic Plates |
| | (1) SECTION 8(a) |
| | (2) SDB SET-ASIDE |
| | (3) HBCU/MI SET-ASIDE |
| X | (4) SB SET-ASIDE 100% USZA22-98-D-0007, Ceradyne Inc. |
| | (5) OTHER *(Specify)* – |
| | (6) TWO OR MORE RESPONSIVE SB OFFERS ON PRIOR ACQUISITION |
| | (7) ONE OR MORE RESPONSIVE SDB OFFER(S) WITHIN 10% OF AWARD PRICE OF PRIOR ACQUISITION |
| | (8) WOMAN OWNED SB |
| | (9) SERVICE-DISABLED VETERAN SB |

**11. SB PROGRESS PAYMENTS** *(X one)*: [ ] YES [X] NO

**12. SUBCONTRACTING PLAN REQUIRED** *(X one)*: [X] YES [ ] NO

**13. SYNOPSIS REQUIRED** *(X one) (If "No," cite FAR 5.202 exception)*: [X] YES [ ] NO 5.202(a)(1)

**14. REMARKS**

This action is being procured pursuant to FAR 6, utilizing full and open competition. This effort was recently competed under solicitation H92222-06-R-0023. The solicitation is being cancelled based on the lack of acceptable responses in meeting the Government's requirements identified. Intend to re-compete the effort with minor modifications to the requirement.

Since 9/11 the need for the aforementioned ballistic plates has significantly increased. As a result, business for ballistic protection manufacturers has boomed. Several small businesses within the industry, to include the incumbent, have become large businesses. Note: A Subcontracting Plan will be required and will be part of the technical area evaluation criteria.

**15. REVIEWED BY SMALL BUSINESS ADMINISTRATION (SBA) REPRESENTATIVE**

a. NAME *(Last, First, Middle Initial)*

b. SIGNATURE

c. DATE SIGNED *(YYYYMMDD)*

**16. LOCAL USE**

**17. CONTRACTING OFFICER** *(X one)*

[ ] CONCURS [ ] REJECTS RECOMMENDATIONS *(Document rejections on reverse side)*

b. NAME *(Last, First, Middle Initial)* WEAVER, VERDETTA

c. SIGNATURE Verdetta Weaver

d. DATE SIGNED *(YYYYMMDD)* 20070130

**18. SMALL BUSINESS SPECIALIST** *(X one)*

[X] CONCURS [ ] APPEALS

NOTE: Any change in the acquisition plan this coordination record describes will require return for re-evaluation by the SB specialist.

a. NAME *(Last, First, Middle Initial)* MITCHELL ANGELA R.

b. SIGNATURE Angela R. Mitchell

c. DATE SIGNED *(YYYYMMDD)* 2007JAN30

DD FORM 2579, DEC 2000 PREVIOUS EDITION IS OBSOLETE.



NAICS: 327112 - Vitreous China, Fine Earthenware, and Other Pottery Product Manufacturing

FSC: 8470 - Armor personal

FBO for Vendors

# 84 -- A Family of Ballistic Plates for the Body Armor Load Carriage System (BALCS)

---

---

**General Information**

| | |
|---|---|
| Document Type: | Presolicitation Notice |
| Solicitation Number: | Reference-Number-H92222-07-R-00XX |
| Posted Date: | Feb 09, 2007 |
| Original Response Date: | |
| Current Response Date: | |
| Original Archive Date: | |
| Current Archive Date: | |
| Classification Code: | 84 -- Clothing, individual equipment & insignia |
| Naics Code: | 327112 -- Vitreous China, Fine Earthenware, and Other Pottery Product Manufacturing |

**Contracting Office Address**

Other Defense Agencies, U.S. Special Operations Command, Headquarters Procurement Division, 7701 Tampa Point Blvd, MacDill AFB, FL, 33621-5323, UNITED STATES

**Description**

The United States Special Operations Command has cancelled solicitation H92222-06-R-0023 for the family of ballistic plates for the Body Armor Load Carriage System (BALCS). A new solicitation is anticipated to be released in the February/March 2007 timeframe. An open industry day is anticipated for the morning of March 1, 2007, with follow-on one-on-one contractor-government meetings anticipated for the afternoon of March 1 and as needed on March 2, 2007 in Natick, MA. All those wishing to participate shall provide Company Name, Participant Names, Participant Driver?s License Number (for entry into facility) and their Security Clearance Level, by February 23, 2007, to Sheryl Harris, Program Manager SOF Survival Systems (PM-SSS), 508-233-4303. Individuals cleared at the Secret level will have the opportunity to provide information at that classification during one-on-one meetings about the status of ongoing ballistic technologies that are manufacturable for the upcoming solicitation. During this Industry day, potential offerors will have the opportunity to comment on the requirements of the solicitation, and provide perspective on the technologies they have available to meet the requirement. The requirement will be for a five year indefinite delivery indefinite quantity (IDIQ) contract issuing firm fixed price (FFP) delivery orders to procure a family of ballistic plates for the BALCS to improve the survivability and mobility of Special Operation Forces (SOF). The family of ballistic protective armor will maximize ballistic protection while

minimizing the burdens of weight, bulk and heat stress. This will be achieved with the use of three (3) different plate technologies available in different cuts. The components will integrate with the existing BALCS Releasable Body Armor Vest system, the BALCS Soft Armor package (for the Baseline configuration), and other SOF systems providing the ability to increase or decrease ballistic protection and load. Vendor?s systems will be checked for interoperability with current configurations. The ballistic protective components will be selected on a performance basis in order to take advantage of most current technologies. The three BALCS configurations include, 1) Baseline Configuration: One cut of ballistic plate that can be used as a back or a front with an areal density not exceeding 6.5 pounds per square foot and thickness of the plates not exceeding .750 inches (this system uses a ballistic plate and soft armor package to meet performance requirements); 2) Tactical Stand Alone Ballistic Configuration: Three cuts of ballistic plate with an areal density not exceeding 6.9 pounds per square foot and thickness of the plates not exceeding 1.0 inches (meets requirements with no soft armor package); and 3) Low Visibility Ballistic Configuration: Three cuts of ballistic plate with an areal density not exceeding 4.8 pounds per square foot and thickness of the plates not exceeding .50 inches (may or may not use Soft Package, depending on threat and performance of configuration submitted). All plate technologies/configurations must have been previously ballistically tested (both conditioned and unconditioned). Ballistic testing must have been performed in accordance with the general provisions of MIL-STD-662, NIJ 0101.04 and MIL-C-44050A test protocols for Level IV. Conditioning shall include High and Low Temperatures, Gasoline, Motor Oil and Break Free as well as Sea (salt water), and Chlorine Water Immersion. The minimum quantities will vary from 10 to 300 depending on the plate technology and design. The maximum quantities will vary from 50,000 to 140,000 depending on the plate technology and design. In addition, a Subcontracting Plan will be required of large businesses. Any textile products must be Berry Amendment compliant. The Government reserves the right to award multiple contracts. The offeror will be required to provide Product Demonstration Models (PDMs) with proposal submission for evaluation. PDMs shall consist of: Baseline Configuration, total 8 PDMs as follows: (SPEAR cut) - 2 small, 2 medium, 2 large, 2 x-large PDMs. Tactical Stand Alone Ballistic Configuration (TSA), total 18 PDMs as follows: TSA (SPEAR cut) - 2 small, 2 medium, 2 large, 2 x-large PDMs; TSA (Swimmer cut) - 2 small, 2 medium, 2 large, 2 x-large PDMs; TSA (MSAP) ? 2 one size only PDMs. Low Visibility Ballistic Configuration (LV), total 18 PDMs as follows: LV (SPEAR cut) - 2 small, 2 medium, 2 large, 2 x-large PDMs; LV (Swimmer cut) - 2 small, 2 medium, 2 large, 2 x-large PDMs; LV (MSAP) - 2 one size only PDMs. The Government anticipates changes to the shape of the plate technologies throughout the life of the contract as required to meet emerging threats and the needs of SOF Operators. Detailed patterns will not be provided for the solicitation by the government, however, general shape drawings will be provided so that all vendors have the ability to meet interoperability requirements equally. This is not an R&D contract. Any questions related to this effort shall be emailed to Verdetta Weaver at weaverv@socom.mil.

**Point of Contact**

Verdetta Weaver, Contract Specialist, Phone 813 826 5436, Fax 813 826 7504, Email weaverv@socom.mil - Susan Griffin, Contracting Officer, Phone 813-826-7411, Fax 813-826-7504, Email griffi1@socom.mil

Register to Receive Notification

---

**Government-wide Numbered Notes**

**You may return to Business Opportunities at:**

- ODA USSOCOM listed by [Posted Date]
- ODA Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]

# US Special Operations Command

## SOF Family of Plates Solicitation

Chris Palmer, PM-SSS
Jon Laplume, PM-SSS
Matt Clark, PM-SSS
Sue Griffin, SOAL-K
Verdetta Weaver, SOAL-K

Date: 01MAR07

Derived From: ______N/A________
Declassify On: ______N/A________

**The overall classification of this briefing is:**
**UNCLASSIFIED**

# AGENDA

## March 1st

- 0900-0910 – Intro
- 0910-1030 - SOF Solicitation Requirements and open forum Q & A
- 1030-1430 – Vendor and GOV 1:1 Q&A

## March 2nd

- 0930-1445 - Vendor and GOV 1:1 Q&A

# SOF Solicitation Requirements

## Contract Requirements

- Full and Open Competition
- 5 Year IDIQ Contract with FFP CLINS
- Multiple contracts may be awarded for the different configurations
- Minimum quantities vary from 10 to 300 depending on plate configuration
- Maximum quantities vary from 50,000 to 140,000 depending on plate configuration
- Textile products must be Berry Amendment compliant
- Must be the Original Equipment Manufacturer and have a US verifiable production facility

# SOF Solicitation Requirements

## Baseline Configuration Requirements

- Single cut – SPEAR cut, drawings will be provided
- Areal Density not to exceed 6.9 psf
- Thickness not to exceed .750 inches
- Used in conjunction with SPEAR soft armor package, ballistic testing must be conducted with a soft package not exceeding 1.1 psf
- Ballistic tests/data IAW SPEAR Performance Specification
- Previous testing (ambient and environmental) must have been conducted at and independent test laboratory (HP White, SWRI, USTL, etc.) or been conducted and signed approved by a government QAR (DCMA)

# SOF Solicitation Requirements

## Tactical Stand Alone Configuration Requirement

- Three different cuts – SPEAR, Swimmer, MSAP, drawings will be provided
- Areal Density not to exceed 7.2 psf
- Thickness not exceed 1.0 inches
- Must meet the requirement without the use of soft armor
- Ballistic tests/data IAW SPEAR Performance Specification
- Previous testing (ambient and environmental) must have been conducted at and independent test laboratory (HP White, SWRI, USTL, etc.) or been conducted and signed approved by a government QAR (DCMA)

# SOF Solicitation Requirements

## Low Visibility Configuration Requirement

- Three different cuts – SPEAR, Swimmer, MSAP, drawings will be provided
- Areal Density not to exceed 5.10 psf
- Thickness not to exceed 0.50 inches
- Used in conjunction with SPEAR soft armor
- Ballistic tests/data IAW SPEAR Performance Specification
- Previous testing (ambient and environmental) must have been conducted at and independent test laboratory (HP White, SWRI, USTL, etc.) or been conducted and signed approved by a government QAR (DCMA)

# Basis For Award and Evaluation

- Evaluation Areas: Technical/ Management, Past Performance, Price
- Best Value: Technical > Past Performance > Price
- Section L: Represents instructions for proposal submittal
  - Production Ready PDMs
  - Technical/Management, Past Performance, Price Proposals
- Section M: Evaluation Criteria
  - Technical: KPPs (weight, thickness, ballistic data, interoperability), Requirements Matrix
  - Past Performance
  - Price

**NOTE: BALLISTIC DATA SHALL BE IAW SPEAR REQUIREMENT**

# Schedule

| | |
|---|---|
| RFP Release | March 2007 |
| Proposals Due | April 2007 |
| Negotiations | June/July 2007 |
| Award(s) | Aug/Sept 2007 |

# Questions

# Open Forum

# Or

# 1:1 Q&A