# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) — RATING: DO-C9 — PAGE 1 OF 100 PAGES

2. CONTRACT NO.:
3. SOLICITATION NO.: H92222-07-R-0011
4. TYPE OF SOLICITATION: [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP)
5. DATE ISSUED: 09 May 2007
6. REQUISITION/PURCHASE NO.: BALCS2

7. ISSUED BY — CODE H92222
HQ USSOCOM/SOAL-K
ATTN: VERDETTA WEAVER
7701 TAMPA POINT BLVD.
MACDILL AFB FL 33621-5323
TEL: 813-828-5436
FAX: 813-828-7504

8. ADDRESS OFFER TO (If other than Item 7) — CODE
See Item 7
TEL:
FAX:

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and ______ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in See Section L-1.1 until 02:00 PM (Hour) local time 08 Jun 2007 (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (Include area code) (NO COLLECT CALLS) | C. E-MAIL ADDRESS |
|---|---|---|---|
| | VERDETTA J WEAVER | 813-826-5436 | weaverv@socom.mil |

11. TABLE OF CONTENTS



| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 - 3 | X | I | CONTRACT CLAUSES | 73 - 78 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 4 - 62 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 63 | X | J | LIST OF ATTACHMENTS | 79 |
| X | D | PACKAGING AND MARKING | 64 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 65 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 80 - 89 |
| X | F | DELIVERIES OR PERFORMANCE | 66 - 68 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 69 - 70 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 90 - 95 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 71 - 72 | X | M | EVALUATION FACTORS FOR AWARD | 96 |



## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE — FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

15B. TELEPHONE NO (Include area code)

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. [ ]

17. SIGNATURE

18. OFFER DATE

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) — ITEM

24. ADMINISTERED BY (If other than Item 7) — CODE

25. PAYMENT WILL BE MADE BY — CODE

26. NAME OF CONTRACTING OFFICER (Type or print)
TEL: EMAIL:

27. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

Section SF 30 - BLOCK 14 CONTINUATION PAGE

MIN AND MAX
Section B - Supplies or Services and Prices

A five year Indefinite Delivery/Indefinite Quantity (ID/IQ) type of contract issuing firm fixed price (FFP) delivery orders is anticipated. The contract will consist of five (5) ordering periods. Each ordering period is set up in series, for example CLINs in the 1000 series represents ordering period one (1). Items are repetitive throughout each ordering period, with the exception of CLINs for First Article Testing which are only applicable to the first ordering period. The minimum quantity, of awarded CLINs, will be obligated at time of contract award. There will be no order guaranteed above the stated minimum quantity. The maximum quantity of each contract line that may be purchased throughout the life of the contract is depicted in the schedule below.

| CLIN & ITEM | Guaranteed Contract Minimum |
|---|---|
| **BALCS Ballistic Plates**<br>1001 - 1004 | The minimum amount ordered will be no less than 300 each. This minimum quantity can be ordered using any combination of sizes within the first ordering period. |
| **Tactical Stand Alone Ballistic Plates**<br>1006 – 1009, SPEAR Cut<br>1011 - 1014, Swimmer Cut | The minimum amount ordered will be no less than 20 each. This minimum quantity can be ordered using any combination of sizes and cuts within the first ordering period. |
| **Tactical Stand Alone Ballistic Plates**<br>1016, Modular Supplemental Armor Protection (MSAP) Cut | The minimum amount ordered will be no less than 150 sets. |
| **Low Visibility Ballistic Plates**<br>1018 – 1021, SPEAR Cut<br>1023 – 1026, Swimmer Cut | The minimum amount ordered will be no less than 20 each. This minimum quantity can be ordered using any combination of sizes and cuts within the first ordering period. |
| **Low Visibility Ballistic Plates**<br>1028, Modular Supplemental Armor Protection (MSAP) Cut | The minimum amount ordered will be no less than 10 sets. |

| CLIN & ITEM | Contract Maximum |
|---|---|
| **BALCS Ballistic Plates**<br>1001 – 1004, 2001 – 2004, 3001 – 3004<br>4001 – 4004, 5001 - 5004 | The maximum quantity of BALCS Ballistic Plates to be ordered under this contract (throughout the five year ordering period) is 140,000 each. This maximum quantity can be ordered using any combination of sizes within the respective ordering period. |
| **Tactical Stand Alone Ballistic Plates - SPEAR cut**<br>1006 – 1009, 2005 – 2008, 3005 – 3008, 4005 – 4008, 5005 – 5008 | The maximum quantity of Tactical Stand Alone Ballistic Plates SPEAR cut, to be ordered under this contract (throughout the five year ordering period) is 140,000 each. This maximum quantity can be ordered using any combination of sizes within the respective ordering period. |
| **Tactical Stand Alone Ballistic Plates - Swimmer cut** | The maximum quantity of Tactical Stand Alone Ballistic Plates Swimmer cut, to be ordered under this contract |

| | |
|---|---|
| 1011 – 1014, 2009 – 2012, 3009 – 3012, 4009 – 4012, 5009 – 5012 | (throughout the five year ordering period) is 70,000 each. This maximum quantity can be ordered using any combination of sizes within the respective ordering period. |
| **Tactical Stand Alone Ballistic Plates - MSAP cut** 1016, 2013, 3013, 4013, 5013 | The maximum quantity of Tactical Stand Alone Ballistic Plates MSAP cut, to be ordered under this contract (throughout the five year ordering period) is 85,000 sets. |
| **Low Visibility Ballistic Plates - SPEAR cut** 1018 – 1021, 2014 – 2017, 3014 – 3017, 4014 – 4017, 5014 – 5017 | The maximum quantity of Low Visibility Ballistic Plates SPEAR cut ordered under this contract (throughout the five year ordering period) will not exceed 70,000 each. This maximum quantity can be ordered using any combination of sizes within the respective ordering period. |
| **Low Visibility Ballistic Plates - Swimmer cut** 1023 – 1026, 2018 – 2021, 3018 – 3021, 4018 – 4021, 5018 – 5021 | The maximum quantity of Low Visibility Ballistic Plates Swimmer cut, to be ordered under this contract (throughout the five year ordering period) is 70,000 each. This maximum quantity can be ordered using any combination of sizes within the respective ordering period. |
| **Low Visibility Ballistic Plates - MSAP cut** 1028, 2022, 3022, 4022, 5022 | The maximum quantity of Low Visibility Ballistic Plates MSAP cut, to be ordered under this contract (throughout the five year ordering period) is 50,000 sets. |

Section B - Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1001 | | 140,000 | Each | | |

Small - BALCS Ballistic Plates
FFP
Ordering Period 1
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1002 | | 140,000 | Each | | |

Medium - BALCS Ballistic Plates
FFP
Ordering Period 1
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1003 | | 140,000 | Each | | |

Large - BALCS Ballistic Plates
FFP
Ordering Period 1
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1004 | | 140,000 | Each | | |

XLarge - BALCS Ballistic Plates
FFP
Ordering Period 1
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1005 | | 24 | Each | | |

First Article Test
FFP
The contractor shall complete FAT IAW the Performance Specification dated 10 April 2007 and provide test data for FAT.
Ordering Period 1
BALCS Ballistic Plates
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1006 | | 140,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1007 | | 140,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1008 | | 140,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 1009 | | 140,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 1010 | | 24 | Each | | |

First Article Test - SPEAR Cut
FFP
The contractor shall complete FAT IAW the Performance Specification dated 10 April 2007 and provide test data for FAT.
Ordering Period 1
Tactical Stand Alone Ballistic Plates
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 1011 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 1012 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1013 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1014 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1015 | | 24 | Each | | |

First Article Testing - Swimmer Cut
FFP
The contractor shall complete FAT IAW the Performance Specification dated 10 April 2007 and provide test data for FAT.
Ordering Period 1
Tactical Stand Alone Ballistic Plates

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1016 | | 85,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 1
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1017 | | 24 | Each | | |

First Article Testing - MSAP Cut
FFP
The contractor shall complete FAT IAW the Performance Specification dated 10 April 2007 and provide test data for FAT.
Ordering Period 1
Tactical Stand Alone Ballistic Plates

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1018 | | 70,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1019 | | 70,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1020 | | 70,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1021 | | 70,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1022 | | 24 | Each | | |

First Article Test - SPEAR Cut
FFP
The contractor shall complete FAT IAW the Performance Specification dated 10 April 2007 and provide test data for FAT.
Ordering Period 1
Low Visibility Ballistic Plates
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1023 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1024 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1025 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1026 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1027 | | 24 | Each | | |

First Article Testing - Swimmer Cut
FFP
The contractor shall complete FAT IAW the Performance Specification dated 10 April 2007 and provide test data for FAT.
Ordering Period 1
Low Visibility Ballistic Plates

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1028 | | 50,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 1
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1029 | | 24 | Each | | |

First Article Testing - MSAP Cut
FFP
The contractor shall complete FAT IAW the Performance Specification dated 10 April 2007 and provide test data for FAT.
Ordering Period 1
Low Visibility Ballistic Plates

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1030 | | UNDEFINED | Lot | | |

Data Items - DD Form 1423-1
FFP
The contractor shall provide data IAW the Performance Specification dated 10 April 2007 and Exhibit items A001 - A007.
Date of Award thru 30 Sep 20XX
NOT SEPARATELY PRICED

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2001 | | 140,000 | Each | | |

Small - BALCS Ballistic Plates
FFP
Ordering Period 2
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2002 | | 140,000 | Each | | |

Medium - BALCS Ballistic Plates
FFP
Ordering Period 2
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2003 | | 140,000 | Each | | |

Large - BALCS Ballistic Plates
FFP
Ordering Period 2
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2004 | | 140,000 | Each | | |

XLarge - BALCS Ballistic Plates
FFP
Ordering Period 2
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2005 | | 140,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2006 | | 140,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2007 | | 140,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2008 | | 140,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2009 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2010 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2011 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2012 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2013 | | 85,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 2
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2014 | | 70,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2015 | | 70,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2016 | | 70,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2017 | | 70,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2018 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2019 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2020 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2021 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2022 | | 50,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 2
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3001 | | 140,000 | Each | | |

Small - BALCS Ballistic Plates
FFP
Ordering Period 3
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3002 | | 140,000 | Each | | |

Medium - BALCS Ballistic Plates
FFP
Ordering Period 3
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3003 | | 140,000 | Each | | |

Large - BALCS Ballistic Plates
FFP
Ordering Period 3
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3004 | | 140,000 | Each | | |

XLarge - BALCS Ballistic Plates
FFP
Ordering Period 3
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3005 | | 140,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3006 | | 140,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3007 | | 140,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3008 | | 140,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3009 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3010 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3011 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3012 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3013 | | 85,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 3
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3014 | | 70,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3015 | | 70,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3016 | | 70,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3017 | | 70,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3018 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3019 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3020 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3021 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3022 | | 50,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 3
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4001 | | 140,000 | Each | | |

Small - BALCS Ballistic Plates
FFP
Ordering Period 4
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4002 | | 140,000 | Each | | |

Medium - BALCS Ballistic Plates
FFP
Ordering Period 4
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4003 | | 140,000 | Each | | |

Large - BALCS Ballistic Plates
FFP
Ordering Period 4
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4004 | | 140,000 | Each | | |

XLarge - BALCS Ballistic Plates
FFP
Ordering Period 4
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4005 | | 140,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4006 | | 140,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4007 | | 140,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4008 | | 140,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4009 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4010 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4011 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4012 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4013 | | 85,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 4
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4014 | | 70,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4015 | | 70,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4016 | | 70,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4017 | | 70,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4018 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4019 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4020 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT