| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4021 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4022 | | 50,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 4
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5001 | | 140,000 | Each | | |

Small - BALCS Ballistic Plates
FFP
Ordering Period 5
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5002 | | 140,000 | Each | | |

Medium - BALCS Ballistic Plates
FFP
Ordering Period 5
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5003 | | 140,000 | Each | | |

Large - BALCS Ballistic Plates
FFP
Ordering Period 5
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5004 | | 140,000 | Each | | |

XLarge - BALCS Ballistic Plates
FFP
Ordering Period 5
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5005 | | 140,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5006 | | 140,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5007 | | 140,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5008 | | 140,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5009 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5010 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5011 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5012 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5013 | | 85,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 5
Tactical Stand Alone Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5014 | | 70,000 | Each | | |

Small - SPEAR Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.

FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5015 | | 70,000 | Each | | |

Medium - SPEAR Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5016 | | 70,000 | Each | | |

Large - SPEAR Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5017 | | 70,000 | Each | | |

XLarge - SPEAR Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5018 | | 70,000 | Each | | |

Small - Swimmer Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5019 | | 70,000 | Each | | |

Medium - Swimmer Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5020 | | 70,000 | Each | | |

Large - Swimmer Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5021 | | 70,000 | Each | | |

XLarge - Swimmer Cut
FFP
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5022 | | 50,000 | Set | | |

Modular Supplemental Armor Protection
FFP
(MSAP) Cut, Set consists of 5 each small plates
Ordering Period 5
Low Visibility Ballistic Plates
Contractor shall provide Step Ladder Pricing IAW Attachment 05, Range Pricing.
FOB: Destination
PURCHASE REQUEST NUMBER: BALCS2

MAX
NET AMT

Section C - Descriptions and Specifications

<u>SECTION C</u>
RESERVED

Section D - Packaging and Marking

INPECTION AND ACCEPTANCE

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 1001 - 1030 | Origin | Government | Destination | Government |
| 2001 - 2022 | Origin | Government | Destination | Government |
| 3001 - 3022 | Origin | Government | Destination | Government |
| 4001 - 4022 | Origin | Government | Destination | Government |
| 5001 - 5022 | Origin | Government | Destination | Government |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 5652.246-9000 | Marking of Warranted Items (1998) | MAY 1999 |

CLAUSES INCORPORATED BY FULL TEXT

5652.247-9000 Packaging & Marking - F.O.B. Destination (1998)

The shipping, address, contract number, device number, and any other "MARK FOR" information shall be clearly marked on the outside of all packages shipped under this contract. Information shall be easily identified without opening the package. This information shall also be included on the inside of all packages.

(end of clause)

Section E - Inspection and Acceptance

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.246-2 | Inspection Of Supplies--Fixed Price | AUG 1996 |
| 52.246-16 | Responsibility For Supplies | APR 1984 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |

CLAUSES INCORPORATED BY FULL TEXT

5652.246-9001 Material Inspection and Receiving Reports (DD 250) Addresses (2001)

Material Inspection and Receiving Reports shall be transmitted electronically in accordance with DFAR 252.246-7000 to the following addresses: *(Insert the addresses of the RAO or COR, procurement office, payment office, Administrative contracting office, and any other required addresses after award.)*

(end of clause)

Section F - Deliveries or Performance

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|
| 1001 - 5022 | Will be identified per Individual Delivery Order IAW FAR 52.211-8 | Per Individual Delivery Order | SOFSA- Spear Program<br>SPO, Bldg 221, Door 12<br>Attn: Ms. Concepcion<br>5749 Briarhill Road<br>Lexington, KY 40516 | H92227 |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.211-17 | Delivery of Excess Quantities | SEP 1989 |
| 52.242-15 | Stop-Work Order | AUG 1989 |
| 52.242-17 | Government Delay Of Work | APR 1984 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.247-48 | F.O.B. Destination--Evidence Of Shipment | FEB 1999 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-8 TIME OF DELIVERY (JUN 1997)--ALTERNATE III (APR 1984)

The Government requires delivery to be made according to the following schedule:

**REQUIRED DELIVERY SCHEDULE**

| ITEM NO. | REQUIRED/DESIRED PRODUCTION QUANTITY | REQUIRED/DESIRED SURGE RATE | WITHIN DAYS AFTER DATE OF RECEIPT OF A WRITTEN NOTICE OF AWARD |
|---|---|---|---|
| **BALCS Ballistic Plates** | | | |
| 1001 – 1004 | 600/800 | 1,000/1,500 | Within 30 days after Delivery Order (DO) for CLIN 1001-1004. |
| 2001 – 2004 | 600/800 | 1,000/1,500 | Within 30 days after DO for CLIN 2001- 2004 |
| 3001 – 3004 | 600/800 | 1,000/1,500 | Within 30 days after DO for CLIN 3001 – 3004 |
| 4001 – 4004 | 600/800 | 1,000/1,500 | Within 30 days after DO for CLIN 4001 – 4004 |
| 5001 – 5004 | 600/800 | 1,000/1,500 | Within 30 days after DO for CLIN 5001 – 5004 |
| **Tactical Stand Alone Ballistic lates** | | | |

| | | | |
|---|---|---|---|
| 1006 – 1009 SPEAR Cut | 400 | 1,000 | Within 30 days after DO for CLIN 1006 – 1009 |
| 2005 – 2008 SPEAR Cut | 400 | 1,000 | Within 30 days after DO for CLIN 2005 – 2008 |
| 3005 – 3008 SPEAR Cut | 400 | 1,000 | Within 30 days DO for CLIN 3005 – 3008 |
| 4005 – 4008 SPEAR Cut | 400 | 1,000 | Within 30 days after DO for CLIN 4005 – 4008 |
| 5005 – 5008 SPEAR Cut | 400 | 1,000 | Within 30 days after DO for CLIN 5005 – 5008 |
| 1011 – 1014 Swimmer Cut | 400 | 1,000 | Within 30 days after DO for CLIN 1011 – 1014 |
| 2009 – 2012 Swimmer Cut | 400 | 1,000 | Within 30 days after DO for CLIN 2009 – 2012 |
| 3009 – 3012 Swimmer Cut | 400 | 1,000 | Within 30 days DO for CLIN 3009 – 3012 |
| 4009 – 4012 Swimmer Cut | 400 | 1,000 | Within 30 days after DO for CLIN 4009 – 4012 |
| 5009 – 5012 Swimmer Cut | 400 | 1,000 | Within 30 days DO for CLIN 5009 – 5012 |
| **Tactical Stand Alone Ballistic Plates** | | | |
| 1016, 2013, 3013, 4013, 5013 MSAP cut | 1,200 sets | 1,600/2,600 sets | Within 30 days after DO for CLIN 1016, 2013, 3013, 4013, 5013 |
| **Low Visibility Ballistic Plates** | | | |
| 1018 – 1021 SPEAR Cut | 600 | 1,200 | Within 30 days DO for CLIN 1018 – 1021 |
| 2014 – 2017 SPEAR Cut | 600 | 1,200 | Within 30 days after DO for CLIN 2014 – 2017 |
| 3014 – 3017 SPEAR Cut | 600 | 1,200 | Within 30 days after DO for CLIN 3014 – 3017 |
| 4014 – 4017 SPEAR Cut | 600 | 1,200 | Within 30 days after DO for CLIN 4014 – 4017 |
| 5014 – 5017 SPEAR Cut | 600 | 1,200 | Within 30 days DO for CLIN 5014 – 5017 |
| 1023 – 1026 Swimmer Cut | 400 | 1,000 | Within 30 days after DO for CLIN 1023 – 1026 |
| 2018 – 2021 Swimmer Cut | 400 | 1,000 | Within 30 days after DO for CLIN 2018 – 2021 |
| 3018 – 3021 Swimmer Cut | 400 | 1,000 | Within 30 days after DO for CLIN 3018 – 3021 |
| 4018 – 4021 Swimmer Cut | 400 | 1,000 | Within 30 days after DO for CLIN 4018 – 4021 |
| 5018 – 5021 Swimmer Cut | 400 | 1,000 | Within 30 days after DO for CLIN 5018 – 5021 |
| **Low Visibility Ballistic Plates** | | | |
| 1028, 2022,3022, 4022, 5022 MSAP cut | 800 sets | 1,200 sets | Within 30 days after DO for CLIN 1028, 2022,3022, |

| | | | |
|---|---|---|---|
| | | | 4022, 5022 |

Note: The proposal shall thoroughly identify and discuss the contractor's best possible delivery schedule for the aforementioned technologies. The required/desired production quantities are provided. At minimum, the proposal will provide the contractor's intention when CLINs within the same technology are ordered in various sizes, and when multiple technologies are ordered simultaneously.

If the offeror proposes no other delivery schedule, the delivery schedule above will apply.

OFFEROR'S PROPOSED DELIVERY SCHEDULE

| ITEM NO | QUANTITY | SURGE QUANTITY | WITHIN DAYS AFTER DATE OF RECEIPT OF A WRITTEN NOTICE OF AWARD |
|---|---|---|---|
| CLIN 1001 - 5022 | | | |

(End of clause)

Section G - Contract Administration Data

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 252.232-7003 | Electronic Submission of Payment Requests | MAR 2007 |

CLAUSES INCORPORATED BY FULL TEXT

5652.232-9003 Paying Office Instructions (2005)

(a) The Primary Contracting Office Point of Contact is: *(Insert Contracting Officer or Specialist name, organization, address, e-mail and- phone number at time of award)*

(b) The Administrative Contracting Office Point of Contact is: *(Insert Contracting Officer or Specialist name, organization, address, e-mail and- phone number at time of award)*

(c The *(Insert "Contracting Officer's Representative" or "Requiring Activity Official" is: (Insert COR or RAO name, organization, address, and phone number after award)*

(d) Invoice(s) should be forwarded directly to the following designated billing office:

(e) Payment will be made by the office designated in Block 12 on Standard Form 26, Block 25 on Standard Form 33, or Block 15 on DD form 1155, Block 18a on Standard Form 1449, or otherwise designated paying office.

(f) Payment to the contractor shall be mailed to the following address *(Insert contractor electronic payment information)*

(g) Special Payment Instructions: *(Insert special paying instructions if any).*

(end of clause)

5652.232-9004 Distribution of Vouchers/Invoices (2005)

(a) The contractor shall forward vouchers/invoices electronically to the addresses below in a simultaneous mailing. ***All items to be filled out after contract award.***

(1) *Insert the electronic address of the cognizant DCAA office or otherwise appropriate billing office.)*
(2) *Insert Requiring Activity Official or Contracting Officer Representative electronic address or name, organization, address and phone number.*
(3) *Insert the electronic address for the* Contracting Officer.

(b) Contract Completion voucher shall be submitted to: *(Insert office where the final invoice will be submitted along with instructions to the DCAA for forwarding the final invoice to the ACO or CO where applicable.)*

(c) Transmission of multiple copies of vouchers/invoices to one electronic address is not required when electronic submission of vouchers/invoices is required by the contract.

(end of clause)

Section H - Special Contract Requirements

CLAUSES INCORPORATED BY FULL TEXT

5652.209-9003 Use of Contractor Support/Advisory Personnel as Contract Specialists (2005)

The contractor's attention is directed to the fact that contractor personnel may assist the Government in a contract administrator role for administration of this contract. Execution of this contract constitutes approval to release the contract and contractor's proposal to Government Support Contractors who have signed Non-Disclosure and Rules of Conduct/Conflict of Interest Statements.

(end of clause)

SPECIAL CONTRACT REQUIREMENTS
**H.1 AUTHORIZED ORDERING OFFICES**

a) Only Government Contracting Officers with current warrants at the offices listed below may issue Delivery Orders under this contract.

| 4-Position Order Serial Numbers† | Authorized Ordering Offices |
|---|---|
| 00xx | HQ US Special Operations Command<br>ATTN: SOAL-KP<br>7701 Tampa Point Blvd<br>MacDill AFB, FL 33621 |
| 2Uxx | Special Operations Forces Support Activity (SOFSA)<br>Bluegrass Station<br>PO Box 14063<br>Lexington, KY 40512-4063 |
| † See DFARS 204.7004(d) | |

b) The Contract Administration Office and Payment Office designated on the cover sheet of this contract and/or Section G shall be used for all Delivery Orders issued under this contract.

c) A copy of all delivery orders and delivery order modifications shall be sent via email to the following individuals within one business day of issuance:

| Command: | Points of Contact: |
|---|---|
| US Special Operations Command | SOAL-K, Contract Specialist, See Block 7 of SF 33 |
| US Army Soldier & Biological Chemical Command | ***To be filled in after award*** |

d) Authority of Procuring Contracting Officer and Ordering Officers

1) Procuring Contracting Officer: The Procuring Contracting Officer (PCO), identified on the cover page of this contract, has the overall responsibility for this contract and, except for functions delegated to the ACO, has sole authority to take actions on behalf of the Government to amend, modify or deviate from the contract terms, conditions, and requirements. The PCO has sole authority to grant and revoke ordering authority under this contract. The PCO retains the authority to stop work, cancel, terminate and/or modify any delivery order issued by any Ordering Officer that is determined to be outside the scope of this contract or otherwise improper.

2) Ordering Officers: The authorized Contracting Officer who issues a delivery order is responsible for maintaining that delivery order's file and for all contractual matters related to that delivery order not reserved by the PCO or delegated to the ACO in the basic contract. The Ordering Officer is responsible for ensuring distribution of delivery orders and modifications to the persons in paragraph (c) above, the Contract Administration Office and Payment Office designated on the cover page and/or Section G of this contract, and others as appropriate. The Ordering Officer is responsible for ensuring contract reporting requirements for the delivery orders they issue are accomplished in accordance with DFARS Subpart 204.6.

e) The Contractor shall notify the PCO via fax or email within three business days of receipt of a delivery order or modification that appears to be outside the scope of the contract or contains terms and conditions that conflict with the basic contract. The Contractor shall not incur any cost in fulfilling a questioned order until the PCO renders a decision. The PCO's decision as to whether or not a questioned delivery order is within the scope of the contract and otherwise proper is final.

(end of clause)

## H.2 PLATE PATTERN VARIATIONS

The parties understand and agree that during the term of this contract changes in design, patterns, shapes, and sizes of the plates to be ordered under this contract may vary. If so, additional ordering CLINs may be added to the schedule to incorporate such changes. In no event will the contract maximum quantity be increased without separate acquisition authority and bi-lateral agreement of the parties, nor will the total required deliveries ordered under this contract be increased from the existing maximum.

(end of clause)

## H.3 Ordering Procedures for cumulative quantity price break

All BALCS Ballistic Plate CLINs shall be ordered by using the ordering range unit prices on a per order basis and are not cumulative, unless the plates in a CLIN are ordered within a 30 day period (window). Identical CLINS ordered may be priced at the cumulative quantity price break for the appropriate range ordered within a 30-day period. As an example, if the Government ordered 300 plates on CLIN 1001 on April 1st, and then ordered an additional 300 plates on April 25th, the price per unit would be based on the cumulative quantity of 600 plates ordered from that price range. If there was a price break at quantity of 600, then the entire 600 plates would receive the 600 quantity price. The Government may apply the credit due for the reduction of the 1st plate order price as 1) a delivery order modification to the first order or 2) as a one-time reduction to the second order pricing. Please note that if a third order is issued on May 15th, it would not qualify for the cumulative quantity pricing because the 30-day window started on April 1st (even though the third order was less than 30 days after the second order). In this case, the third order starts a new 30-day window. The arrangement applies to pricing only and not to the delivery schedule requirements. Each order's delivery dates will be calculated on a stand-alone basis.

(end of clause)

Section I - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | SEP 2006 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-11 | Certification And Disclosure Regarding Payments To Influence Certain Federal Transactions | SEP 2005 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | SEP 2005 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.204-7 | Central Contractor Registration | JUL 2006 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | SEP 2006 |
| 52.211-5 | Material Requirements | AUG 2000 |
| 52.211-15 | Defense Priority And Allocation Requirements | SEP 1990 |
| 52.215-2 | Audit and Records--Negotiation | JUN 1999 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 |
| 52.215-14 | Integrity of Unit Prices | OCT 1997 |
| 52.215-21 Alt III | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data--Modifications (Oct 1997) - Alternate III | OCT 1997 |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 |
| 52.219-9 | Small Business Subcontracting Plan | SEP 2006 |
| 52.219-9 Alt II | Small Business Subcontracting Plan (Sep 2006) Alternate II | OCT 2001 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | JUL 2005 |
| 52.222-19 | Child Labor -- Cooperation with Authorities and Remedies | JAN 2006 |
| 52.222-20 | Walsh-Healey Public Contracts Act | DEC 1996 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | MAR 2007 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | SEP 2006 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | SEP 2006 |
| 52.222-39 | Notification of Employee Rights Concerning Payment of Union Dues or Fees | DEC 2004 |
| 52.223-6 | Drug-Free Workplace | MAY 2001 |
| 52.223-13 | Certification of Toxic Chemical Release Reporting | AUG 2003 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | FEB 2006 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |

| | | |
|---|---|---|
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.232-1 | Payments | APR 1984 |
| 52.232-8 | Discounts For Prompt Payment | FEB 2002 |
| 52.232-9 | Limitation On Withholding Of Payments | APR 1984 |
| 52.232-11 | Extras | APR 1984 |
| 52.232-17 | Interest | JUN 1996 |
| 52.232-23 | Assignment Of Claims | JAN 1986 |
| 52.232-25 | Prompt Payment | OCT 2003 |
| 52.232-33 | Payment by Electronic Funds Transfer--Central Contractor Registration | OCT 2003 |
| 52.233-1 Alt I | Disputes (Jul 2002) - Alternate I | DEC 1991 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.243-1 | Changes--Fixed Price | AUG 1987 |
| 52.243-7 | Notification Of Changes | APR 1984 |
| 52.244-5 | Competition In Subcontracting | DEC 1996 |
| 52.244-6 | Subcontracts for Commercial Items | MAR 2007 |
| 52.246-19 | Warranty Of Systems And Equipment Under Performance Specifications Or Design Criteria | MAY 2001 |
| 52.246-23 | Limitation Of Liability | FEB 1997 |
| 52.247-22 | Contractor Liability for Loss of and/or Damage to Freight Other Than Household Goods | APR 1984 |
| 52.248-1 | Value Engineering | FEB 2000 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | MAY 2004 |
| 52.249-8 | Default (Fixed-Price Supply & Service) | APR 1984 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2004 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7000 | Disclosure Of Information | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Central Contractor Registration (52.204-7) Alternate A | NOV 2003 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | DEC 2006 |
| 252.211-7003 | Item Identification and Valuation | JUN 2005 |
| 252.211-7006 | Radio Frequency Identification | FEB 2007 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.223-7004 | Drug Free Work Force | SEP 1988 |
| 252.225-7001 | Buy American Act And Balance Of Payments Program | JUN 2005 |
| 252.225-7002 | Qualifying Country Sources As Subcontractors | APR 2003 |
| 252.225-7004 | Reporting of Contract Performance Outside the United States and Canada--Submission after Award | DEC 2006 |
| 252.225-7012 | Preference For Certain Domestic Commodities | JAN 2007 |
| 252.225-7031 | Secondary Arab Boycott Of Israel | JUN 2005 |
| 252.227-7013 | Rights in Technical Data--Noncommercial Items | NOV 1995 |
| 252.227-7016 | Rights in Bid or Proposal Information | JUN 1995 |
| 252.227-7017 | Identification and Assertion of Use, Release, or Disclosure Restrictions | JUN 1995 |
| 252.227-7028 | Technical Data or Computer Software Previously Delivered to the Government | JUN 1995 |

| | | |
|---|---|---|
| 252.227-7037 | Validation of Restrictive Markings on Technical Data | SEP 1999 |
| 252.232-7010 | Levies on Contract Payments | DEC 2006 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |
| 5652.243-9000 | Technical Improvements (2005) | MAY 2006 |

CLAUSES INCORPORATED BY FULL TEXT

52.216-18 ORDERING. (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from **date of award through (*offeror to propose date*).** ***This date will be proposed by the offeror and is dependent upon their production rate/schedule. Deliveries shall not extend beyond the 60 month period of performance.***

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

(End of clause)

52.216-19 ORDER LIMITATIONS. (OCT 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than ***offeror to propose dollar figure or quantity for each item***, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor:

(1) Any order for a single item in excess of ***offeror to propose dollar figure or quantity for each item***;

(2) Any order for a combination of items in excess of ***offeror to propose dollar figure or quantity for each item***; or

(3) A series of orders from the same ordering office within ***three (3)*** days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within ***two (2)*** days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of clause)