52.216-22 INDEFINITE QUANTITY. (OCT 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum". The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum".

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after ***one year from date of last order***.

(End of clause)

52.233-4 APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM (OCT 2004)

United States law will apply to resolve any claim of breach of this contract.

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): ***http://farsite.hill.af.mil/***

(End of clause)

252.204-7006 BILLING INSTRUCTIONS (OCT 2005)

When submitting a request for payment, the Contractor shall--

(a) Identify the contract line item(s) on the payment request that reasonably reflect contract work performance; and

(b) Separately identify a payment amount for each contract line item included in the payment request.

(End of clause)

252.227-7030 TECHNICAL DATA--WITHHOLDING OF PAYMENT (MAR 2000)

(a) If technical data specified to be delivered under this contract, is not delivered within the time specified by this contract or is deficient upon delivery (including having restrictive markings not identified in the list described in the clause at 252.227-7013(e)(2) or 252.227-7018(e)(2) of this contract), the Contracting Officer may until such data is accepted by the Government, withhold payment to the Contractor of ten percent (10%) of the total contract price or amount unless a lesser withholding is specified in the contract. Payments shall not be withheld nor any other action taken pursuant to this paragraph when the Contractor's failure to make timely delivery or to deliver such data without deficiencies arises out of causes beyond the control and without the fault or negligence of the Contractor.

(b) The withholding of any amount or subsequent payment to the Contractor shall not be construed as a waiver of any rights accruing to the Government under this contract.

(End of clause)

5652.201-9002 Authorized Changes Only by Contracting Officer (2005)

The Contractor shall not comply with any order, direction or request of Government personnel unless it is issued in writing and signed by the Contracting Officer, or is pursuant to specific authority otherwise included as part of this contract. Except as specified herein, no order, statement, or conduct of Government personnel who visit the contractor's facilities or in any other manner communicates with Contractor personnel during the performance of this contract shall constitute a change under the Changes clause in Section I. In the event the Contractor effects any change at the direction of any person other the Contracting Officer, the change will be considered to have been made without authority and no adjustment will be made in the contract price to cover any increase in cost incurred as a result thereof. The address and telephone number of the Contracting Officer is: *7701 Tampa Point Blvd., MacDill AFB, FL 33621-5232, Tel No: (813) 826-7411.*

(end of clause)

5652.204-9002 Instructions for the Use of Electronic Contracts (2000)

In accordance with DoD policy, this solicitation and the resulting contract will be executed and documented through electronic means. As a result, the use of the terms "documented," "copy," "printed," "in writing," or "written" within this document shall refer to all electronically transmitted documents that will become part of the electronic contract file and an official government record. Any reference to official signatures and signed documents shall refer to electronic signatures. Whenever an electronic signature is used it shall have to full force and effect as a handwritten signature.

(end of clause)

5652.233-9000 Independent Review of Agency Protests (2005)

All protests shall be submitted through the Contracting Officer. A request for an independent review of the protest decision may be made to the Director of Procurement. Submit request in accordance with FAR 33.104(d)(4) to: United States Special Operations Command Directorate of Procurement, Chief, (SOAL-KM), 7701 Tampa Point Blvd., MacDill AFB, FL 33621, Fax (813) 828-7504.

(end of clause)

5652.237-9001 Key Personnel Requirements (2003)

(a) Certain experienced professional and/or technical personnel are essential for successful accomplishment of the work to be performed under this contract. Such personnel are defined as "Key Personnel" and are those persons whose resumes were submitted for evaluation of the proposal. The contractor agrees that such personnel shall not be removed from the contract work or replaced without compliance with the following:

1) If one or more of the key personnel, for any reason, becomes or is expected to become unavailable for work under this contract for a continuous period exceeding 30 work days, or is expected to devote substantially less effort to the work than indicated in the proposal or initially anticipated, the contractor shall, subject to the concurrence of the Contracting Officer or an authorized representative, promptly replace personnel with personnel of equal ability and qualifications.

2) All requests for approval of substitutions hereunder must be in writing and provide a detailed explanation of the circumstances necessitating the proposed substitutions. The request must contain a resume for the proposed substitute, and any other information requested by the Contracting Officer. The Contracting Officer shall promptly notify the contractor of approval or disapproval in writing.

(b) If the Contracting Officer determines that suitable and timely replacement of Key Personnel who have been reassigned, terminated or have otherwise become unavailable for the contract work is not reasonably forthcoming or that the resultant reduction of productive effort would be so substantial as to impair successful completion of the contract, the Contracting Officer may terminate the contract for default or for the convenience of the Government, as appropriate, or make an equitable adjustment to the contract to compensate the Government for any resultant delay, loss or damage.

(c) The follow positions are identified as Key Personnel: ***Program Manager***

(end of clause)

5652.252-9000 Notice of Incorporation of Section K (1998)

Section K, Certifications and Representations, of the solicitation will not be distributed with the contract; however, Section K is hereby incorporated by reference.

(end of clause)

Section J - List of Documents, Exhibits and Other Attachments

ATTACHMENTS AND EXHIBITS

Section – List of Documents, Exhibits and Other Attachments

| Attachment Number | Description | Date | No. of Pages |
|---|---|---|---|
| 01 | Performance Specification | 04/10/07 | 29 |
| | | | |
| 02 | Requirement's Matrix | 05/08/07 | 5 |
| | | | |
| 03 | Past Performance Matrix | 04/10/07 | 1 |
| | | | |
| 04 | Past Performance Questionnaire | 04/10/07 | 3 |
| | | | |
| 05 | Range Pricing | 04/10/07 | 1 |
| | | | |
| 06 | Proper Handling of Attachment 01, Performance Specification and Attachment 07, Technical Drawings | 04/10/07 | 2 |
| | | | |
| 07 | Technical Drawings | 02/28/07 | 10 |
| | | | |
| | **CDRL's** | | |
| A001 First Article Test Report | | 04/17/07 | 3 |
| A002 Lot Testing Data | | 04/17/07 | 3 |
| A003 Monthly Delivery Report | | 04/17/07 | 3 |
| A004 Performance Specifications | | 04/17/07 | 3 |
| A005 Engineering Change Proposal | | 04/17/07 | 3 |
| A006 First Article Test Plan | | 05/08/07 | 1 |
| A007 Production Ballistic Lot Test Plan | | 05/08/07 | 1 |

*Note: Attachments 02 through 05 will not be part of the resultant Contract.

Section K - Representations, Certifications and Other Statements of Offerors

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.203-11 | Certification And Disclosure Regarding Payments To Influence Certain Federal Transactions | SEP 2005 |
| 52.204-5 | Women-Owned Business (Other Than Small Business) | MAY 1999 |
| 52.204-8 | Annual Representations and Certifications | JAN 2006 |
| 52.222-38 | Compliance With Veterans' Employment Reporting Requirements | DEC 2001 |
| 252.209-7001 | Disclosure of Ownership or Control by the Government of a Terrorist Country | OCT 2006 |

CLAUSES INCORPORATED BY FULL TEXT

52.203-2 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION (APR 1985)

(a) The offeror certifies that --

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to –

(i) Those prices,

(ii) The intention to submit an offer, or

(iii) The methods of factors used to calculate the prices offered:

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory --

(1) Is the person in the offeror's organization responsible for determining the prices offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) of this provision; or

(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) of this provison ______________________________________________ (insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) of this provision.

(c) If the offeror deletes or modifies subparagraph (a)(2) of this provision, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

(End of clause)

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

Common parent, as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

Taxpayer Identification Number (TIN), as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).

___ TIN:.--------------------------------------------------------

___ TIN has been applied for.

___ TIN is not required because:

___ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

___ Offeror is an agency or instrumentality of a foreign government;

___ Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.

___ Sole proprietorship;

___ Partnership;

___ Corporate entity (not tax-exempt);

___ Corporate entity (tax-exempt);

___ Government entity (Federal, State, or local);

___ Foreign government;

___ International organization per 26 CFR 1.6049-4;

___ Other-------------------------------------------------------

(f) Common parent.

___ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

___ Name and TIN of common parent:

Name-------------------------------------------------------------------

TIN--------------------------------------------------------------------

(End of provision)

52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (DEC 2001)

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that-

(i) The Offeror and/or any of its Principals-

(A) Are ( ) are not ( ) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have ( ) have not ( ), within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(C) Are ( ) are not ( ) presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision.

(ii) The Offeror has ( ) has not ( ), within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(End of provision)

52.215-6 PLACE OF PERFORMANCE (OCT 1997)

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, ( ) intends, ( ) does not intend (check applicable block) to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information:

Place of Performance(Street Address, City, State, County, Zip Code)

Name and Address of Owner and Operator of the Plant or Facility if Other Than Offeror or Respondent

(End of provision)

52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (MAY 2004) - ALTERNATE I (APR 2002)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is 327112.

(2) The small business size standard is 500.

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a women-owned small business concern.

(4) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(5) (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(6) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, as part of its offer, that--

(i) It ( ) is, ( ) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ( ) is, ( ) is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:____________.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(7) (Complete if offeror represented itself as disadvantaged in paragraph (b)(2) of this provision.) The offeror shall check the category in which its ownership falls:

____ Black American.

____ Hispanic American.

____ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

____ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

____ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

____ Individual/concern, other than one of the preceding.

(c) Definitions. As used in this provision--

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern," means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern," means a small business concern --

(1) That is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; or

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice.

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999)

The offeror represents that --

(a) ( ) It has, ( ) has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation;

(b) ( ) It has, ( ) has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

(End of provision)

52.222-25 AFFIRMATIVE ACTION COMPLIANCE (APR 1984)

The offeror represents that

(a) [ ] it has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or

(b) [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(End of provision)

52.223-13 CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (AUG 2003)

(a) Executive Order 13148, of April 21, 2000, Greening the Government through Leadership in Environmental Management, requires submission of this certification as a prerequisite for contract award.

(b) By signing this offer, the offeror certifies that--

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons: (Check each block that is applicable.)

( ) (i) The facility does not manufacture, process, or otherwise use any toxic chemicals listed in 40 CFR 372.65;

( ) (ii) The facility does not have 10 or more full-time employees as specified in section 313.(b)(1)(A) of EPCRA 42 U.S.C. 11023(b)(1)(A);

( ) (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

( ) (iv) The facility does not fall within the following Standard Industrial Classification (SIC) codes or their corresponding North American Industry Classification System sectors:

(A) Major group code 10 (except 1011, 1081, and 1094.

(B) Major group code 12 (except 1241).

(C) Major group codes 20 through 39.

(D) Industry code 4911, 4931, or 4939 (limited to facilities that combust coal and/or oil for the purpose of generating power for distribution in commerce).

(E) Industry code 4953 (limited to facilities regulated under the Resource Conservation and Recovery Act, Subtitle C (42 U.S.C. 6921, et seq.), 5169, 5171, or 7389 (limited to facilities primarily engaged in solvent recovery services on a contract or fee basis); or

( ) (v) The facility is not located within the United States or its outlying areas.

(End of clause)

252.225-7000 BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM CERTIFICATE (JUN 2005)

(a) Definitions. Domestic end product, foreign end product, qualifying country, qualifying country end product, and United States have the meanings given in the Buy American Act and Balance of Payments Program clause of this solicitation.

(b) Evaluation. The Government--

(1) Will evaluate offers in accordance with the policies and procedures of Part 225 of the Defense Federal Acquisition Regulation Supplement; and

(2) Will evaluate offers of qualifying country end products without regard to the restrictions of the Buy American Act or the Balance of Payments Program.

(c) Certifications and identification of country of origin.

(1) For all line items subject to the Buy American Act and Balance of Payments Program clause of this solicitation, the offeror certifies that--

(i) Each end product, except those listed in paragraph (c)(2) or (3) of this provision, is a domestic end product; and

(ii) Components of unknown origin are considered to have been mined, produced, or manufactured outside the United States or a qualifying country.

(2) The offeror certifies that the following end products are qualifying country end products:

------------------------------------------------------------------------

(Line Item Number Country of Origin)

------------------------------------------------------------------------

(Country of Origin)

(3) The following end products are other foreign end products:

------------------------------------------------------------------------

(Line Item Number)

------------------------------------------------------------------------

(Country of Origin) (If known)

(End of provision)

5652-204-9000 Individual Authorized to Sign (2003)

(a) Proposals shall be signed by an authorized individual. The offeror hereby represents that the individual designated below is authorized to bind the corporation, partnership, individual or educational institution. Evidence of authorization shall be provided by the offeror in accordance with the applicable instructions below. If the offeror is a joint venture, each participant in the joint venture shall submit a separate representation.

(1) CORPORATIONS: The signatory must be an official or person otherwise authorized to bind the corporation. A Corporate representation as shown below, shall be executed in accordance with the instructions, or other evidence must be furnished which satisfactorily shows that the person signing the proposal is empowered to bind the corporation. Corporations may establish the authority of its agents by furnishing a power of attorney with the offer, a corporate resolution, or by causing the following representation to be executed under its corporate seal, provided that the same officer shall not execute both the contract and the representation.

I, ______________________________, represent that I am the _________________________ of the firm named as the offeror herein; that _________________________ signed this contractual instrument on behalf of the corporation and is ___________________________ of said corporation; that said contractual instrument was duly signed for and in behalf of said corporation by authority of its governing body; and is within the scope of its corporate powers. AFFIX CORPORATE SEAL (Note: If a corporation does not have a seal or the offer is being submitted electronically, the offeror may print the word "SEAL".)

____________________________

(Signature)

(2) PARTNERSHIPS: Partnerships shall establish their authority and the authority of their agents by completing the following representation, provided that it is executed by a partner other than the person signing the contractual instrument.

I, ______________________________, represent that I am a partner of the firm of ____________________ consisting of the following partners ________________________________________________________; that ______________ signed this contractual instrument on behalf of said firm and is ___________________________ of said firm; that said contractual instrument was duly signed for and in behalf of said firm by authority of partnership; and is within the scope of its corporate powers.

____________________________

(Signature)

(3) INDIVIDUALS: The signatory must be the owner and the contractual instrument shall be signed as such unless an agent's authority has been established through a power of attorney. Individuals submitting contractual instruments under an agent's signature must furnish a power of attorney to establish the agent's authority.

(4) EDUCATIONAL INSTITUTIONS: The signatory must be an official or person otherwise authorized to bind the educational institution. A representation as shown below, shall be executed in accordance with the instructions, or other evidence must be furnished which satisfactorily shows that the person signing the proposal is empowered to bind the educational institution. Educational institutions may establish authority of their agents by furnishing with their offeror a power of attorney, a corporate resolution or by causing the following representation to be executed, provided that the same individual shall not execute both the contract and the representation.

I, ______________________________, represent that I am the _________________________ of the educational institution named as the offeror herein; that _________________________ signed this contractual instrument on behalf of the educational institution and is __________________________ of said educational institution; that said contractual instrument was duly signed for and in behalf of said educational institution by authority of its governing body; and is within the scope of its corporate powers.

______________________________
(Signature)

(b) Once a power of attorney or corporate resolution has been submitted to establish the authority of its agents, provide reference to the Procurement Instrument Identification Number with which it was submitted by including the following statement in lieu of furnishing an additional copy: "Evidence to establish the authority of the agent signing this document was submitted with Document Number __________________."

(end of clause)

5652.242-9001 Defense Contract Management Agency (DCMA) (2000)

Components of the Department of Defense perform contract administration services providing assistance to contractors and Government agencies in accomplishing most administrative functions required under a contract. One or more of the following may be involved. The offeror shall insert the address of the cognizant office or state "unknown" below:

Defense Contract Management District (DCMD):

Defense Contract Management Agency Center (DCMA):

Defense Plant Representative Office (DPRO):

(end of clause)

Section L - Instructions, Conditions and Notices to Bidders

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.214-35 | Submission Of Offers In U.S. Currency | APR 1991 |
| 52.215-1 | Instructions to Offerors--Competitive Acquisition | JAN 2004 |
| 52.216-27 | Single or Multiple Awards | OCT 1995 |
| 52.222-24 | Preaward On-Site Equal Opportunity Compliance Evaluation | FEB 1999 |
| 252.225-7003 | Report of Intended Performance Outside the United States and Canada--Submission with Offer | DEC 2006 |
| 5652.215-9010 | Cost and Pricing Data Not Required (1998) | MAY 1999 |

CLAUSES INCORPORATED BY FULL TEXT

52.211-14 NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE (SEP 1990)

Any contract awarded as a result of this solicitation will be DO rated order certified for national defense use under the Defense Priorities and Allocations System (DPAS) (15 CFR 700), and the Contractor will be required to follow all of the requirements of this regulation.

(End of provision)

52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of an Indefinite Delivery/Indefinite Quantity (IDIQ) type contract resulting from this solicitation. All CLINS are Firm-Fixed Price.

(End of clause)

52.233-2 SERVICE OF PROTEST (SEP 2006)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from:

HQ USSOCOM
ATTN: SOAL-KP, Susan Griffin
7701 Tampa Point Blvd.,
MacDill AFB, FL 33621-5323

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address: ***http://farsite.hill.af.mil/***

(End of provision)

5652.215-9005 Estimated Prices for Data (2000)

In accordance with DFARS 215.470 the offeror shall provide estimated data prices for each data item set forth on the DD Form 1423 "Contract Data Requirements List."

(end of clause)

5652.215-9009 Personnel Changes before Award (1998)

Offerors shall verify and ensure the continuing availability of personnel for whom resumes are required and have been submitted. If personnel substitutions/changes occur prior to award, the offeror shall immediately notify the Contracting Officer. Failure to do so may render the proposal unacceptable.

(end of clause)

5652.215-9016 Technical and Contractual Questions Concerning This Solicitation (2000)

All questions concerning this procurement, either technical or contractual must be submitted in writing to the Contracting Office. No direct discussion between the technical representative and a prospective offeror will be conducted unless it is deemed necessary by the Contracting Officer. Questions shall be sent to Verdetta Weaver at weaverv@socom.mil or by Fax: 813-826-4838. **Questions should be submitted early during the proposal stage to ensure a response prior to proposal submittal. Questions and answers will be posted on the Federal Business Opportunities (FBO) page.**

(end of clause)

SECTION L
L-1 PROPOSAL SUBMITTAL

L-1.1 Notice of Intent (NOI) to Submit a Proposal. To allow the government to allocate manpower, schedule necessary test facilities, etc., all firms planning on submitting a proposal(s) (including the required product models) shall inform the contract specialist, Ms. Verdetta Weaver, via email at: weaverv@socom.mil, of their intent to submit a proposal by no later than **23 May 2007**. If the offeror intends to submit an alternative proposal, in addition

to its proposed package for the specified requirements of this solicitation, it must be submitted as a complete and separate proposal package. Offerors shall notify the contract specialist, and provide a complete NOI for each alternative proposal package to be submitted. It is the Government's intention to release the following documents only to those vendor's who have submitted an NOI: Attachment 01, "Performance Specification", Attachment 07, "Technical Drawings", and Attachment 06, " Proper Handling of Attachments 01, Performance Specification, and 07, Technical Drawings." Distribution of these documents will be within two (2) days of the NOI submission or within two (2) days of RFP release, whichever is later. Proposals will be due no later than 2:00 p.m. local Tampa, FL, time, **8 June 2007**.

L-1.1.1 The NOI must include the following: systems the offeror intends to bid on, cage code number, DUNS number, state of incorporation, corporate license number, identify if foreign owned or a controlled company with full identification of the parent corporation, country of affiliation, identify whether subcontractors are foreign, identify vendor, foreign country of affiliation and what physically constitutes the foreign content of their product(s). Only those offerors who submit a Notice of Intent may submit a proposal which shall be considered by the agency. Offerors shall ensure they receive an acknowledgement of receipt from the contracting office. This is not an R&D contract; offerors must be the original equipment manufacturer (OEM) and have an existing U.S. verifiable production line for any product proposed under this solicitation. The government reserves the right to verify the OEM prior to an award.

L-1.2 Offerors shall submit hard copies as well as electronic copies of their proposal. Offerors shall submit their proposal via CD-ROM. CD-ROM shall be "Read Only" and submitted in Microsoft Word 2000, Excel 2000, Adobe Acrobat 5.0, or compatible software. Each volume shall be submitted on a separate CD-ROM and shall be named accordingly (Vol_I – Vol_III). Do not compress the files. Five hard copies (paper) of the Technical/Management Area only shall be submitted in separate binders. See FORMAT paragraph L-2 below for additional instructions. Hard copies and CD-ROMs shall be delivered to the address shown in Block 7of the SF33.

**L-2 FORMAT**

L-2.1 The offeror's complete proposal will be submitted in three separate volumes as set forth below. Proposals shall be provided through electronic media as well as hard copies. The Government's intent is to streamline all aspects of the source selection process by focusing the evaluation on real discriminators supporting the most important user objectives. Offerors should confine their submissions to essential matters, sufficient to define their proposal and provide an adequate basis for evaluation. Unsupported promises to comply with the contractual requirements are insufficient. Proposals must not merely echo the contractual requirements; they must provide convincing documentary evidence supporting asserted performance.

| Volume | Contents |
|---|---|
| I | Technical/Management Area |
| II | Past Performance Area |
| III | Price Area |

L-2.2 Proposal pages shall be numbered by volume and page. For example, the first page of Volume I "Technical/Management Area" would be numbered "I-1." Each volume shall contain a title page, table of contents, list of acronyms, and list of tables and figures for that volume. Each page shall be labeled with the RFP number, company name and submission due date. Paragraphs shall be numbered sequentially and by a logical convention. Volume I "Technical/Management" shall not exceed 50 pages, excluding test data.

**L-3 PRELIMINARY PROPOSAL CONTENT**

L-3.1 **Product Models and Preliminary Data.** Offerors are required to submit at <u>no expense to the Government</u> Product Demonstration Models (PDMs) as part of the proposal. PDMs must be received by the time and date set forth for closing of offers. The models shall be representative of production ready systems. After contract award, all

product models that are not destroyed in testing will be returned to each unsuccessful offeror at the offeror's expense upon written request by that offeror to the Contracting Officer. The Offerors must make their written request to Government within thirty (30) days after contract award. After that period, the Government may dispose of the PDMs without prior notice. All product models will be retained from the successful offeror by the government at no additional cost to the government. PDMs provided do not count toward deliverable quantities specified in the Schedule of Supplies. Quantities required for each system are indicated in Table - 1 below.

**Table – 1**

| **Baseline Configuration** | **Tactical Stand Alone Configuration** | **Low Visibility Configuration** |
|---|---|---|
| **SPEAR Cut**<br><br>Two (2) of each size: Small, Medium, Large and X-Large | **SPEAR Cut**<br><br>Two (2) of each size: Small, Medium, Large and X-Large | **SPEAR Cut**<br><br>Two (2) of each size: Small, Medium, Large and X-Large |
| | **Swimmer Cut**<br><br>Two (2) of each size: Small, Medium, Large and X-Large | **Swimmer Cut**<br><br>Two (2) of each size: Small, Medium, Large and X-Large |
| | **Modular Supplemental**<br><br>**Size** **Qty**<br><br>One Size 2 | **Modular Supplemental**<br><br>**Size** **Qty**<br><br>One Size 2 |

L-3.1.1 **Preliminary Data.** The Technical/Management Volume shall include a Preliminary Data section which includes the following items:

(1) Requirements Matrix. Offerors shall submit a completed Requirements Matrix (Attachment 02), which will fully discuss how the offeror passes each criteria to include the Key Performance Parameters of weight, thickness, ballistic data, and interoperability.

(2) Preliminary ballistic test data for each item. Prior ballistic test data will give the Government reasonable indication that any system submitted with this offer, when ballistically tested by the Government (both conditioned and unconditioned), will meet the ballistic requirements shown in the Performance Specification section 3.1. Testing must have been conducted at a National Institute of Justice (NIJ) certified test laboratory (i.e., HP White, United States Test Laboratory (USTL)). Alternatively, testing can be completed at an independent test laboratory (i.e., vendor's facility) and shall be witnessed and signed approved by a Defense Contract Management Agency (DCMA) representative. Contact information for each Government representative approving testing shall be submitted to Verdetta Weaver at weaverv@socom.mil and included in the offeror's proposal.

L-3.1.2 Packaging of the PDMs are an important part of the Full Technical evaluation. The product models shall be marked as shown in specification paragraph 3.5.1. Instead of a contract number the offeror shall use XXXXXX-

XX-X-XXXX and instead of the Manufacturers Name the offeror shall mark the item with SAMPLE. The product models and associated equipment shall not have any company specific logo/ID markings. Packaging used to ship the PDMs will be used to evaluate the offerors compliance with specification paragraph 3.5. Any paperwork or documents (or reasonable facsimiles) that will be used in future shipments shall be included in the packaging. Packaging of the product models is the responsibility of the offeror. The offeror is responsible to deliver their product models in cases which adequately protect their models to the required destination delineated in this solicitation and for any potential subsequent shipping of the models during all phases of the evaluation.

L-3.2 The PDMs are to be delivered to the following address by the closing date and time indicated in block 9 of the SF33, page 1 of the RFP:

US Army Natick Soldier Research, Development, and Engineering Center
ATTN: PM-SOF SURVIVAL SYSTEMS, AMSRD-NSC-WP-S
Bldg. 4, Room D218
Kansas Street
Natick, MA 01760
ATTN: Matt Clark

**L-4 PROPOSAL CONTENTS**

Only those offerors who submit a Notice of Intent shall be considered by the agency.

**L-4.1 AREA I – Technical/Management Area (VOLUME I)**

L-4.1.1 FACTOR 1: PRODUCT MODELS.

PDMs will be provided and packaged in accordance with the Performance Specification and Requirements Matrix, Attachments 01 and 02. Offerors shall complete the requirements matrix at Attachment 02.

L-4.1.2 FACTOR 2: TECHNICAL APPROACH.

The offeror shall complete the Requirements Matrix at Attachment 02 by providing references to specific pages, paragraphs or attachments in the proposal. The offeror shall provide in their proposal sufficient technical detail for each performance parameter to allow the Government to properly evaluate compliance with the requirements shown in the Performance Specification, Attachment 01, and other RFP requirements. High Risk or areas of non-compliance shall be identified by the offeror and reasons for non-compliance and the ability to comply during production shall be provided.

L-4.1.3 FACTOR 3: MANAGEMENT APPROACH.

L-4.1.3.1 The offeror shall complete the Requirements Matrix, Attachment 02, by providing references to specific pages, paragraphs or attachments in the proposal. The offeror shall provide in their proposal sufficient technical detail for each performance parameter to allow the Government to properly evaluate compliance with the requirements shown in Standard Form 33, Performance Specification, Attachment 01, and other RFP requirements. High Risk or areas of non-compliance shall be identified by the offeror and reasons for non-compliance and the ability to comply during production shall be provided.

L-4.1.3.2 Large Businesses responding to this RFP shall submit a small business subcontracting plan in accordance with (IAW) FAR Part 19.

**L.4.2 AREA II - Past Performance Area (VOLUME II)**

L-4.2.1 Offerors shall provide a completed Past Performance Matrix, Attachment 03, with the offeror's last five relevant government contracts (all prime and major subcontracts received, or in performance, during the past 3 years). Offerors without relevant past performance shall indicate in the proposal that they do not have relevant past performance. Failure to state the lack of past performance may be grounds for rating the proposal deficient for noncompliance with the solicitation requirements.

L-4.2.1.1 The offeror shall send the Past/Current Performance Questionnaire (all sections) to each of the Points of Contact (POCs) identified in the matrix and follow up to verify the POCs have provided the questionnaires to the Government. Best efforts should be made by the offeror to ensure completion of the questionnaires. Completed questionnaires shall be submitted directly to the Government, not later than the date proposals are due, from the following in descending order of availability: (1) Procuring Contracting Officer/Contract Negotiator or equivalent, (2) Program/Project Manager, or equivalent, (3) Administrative Contracting Officer/Contract Administrator or equivalent, (4) Other. Once the Past/Current Performance Questionnaires have been completed by the POCs, the information contained therein shall be considered source selection sensitive and shall **not** be released to you, the Offeror by the POCs. The offeror is required to have the references send directly to the contracting officer listed in block 7 of the SF33, page one (1) of this solicitation, the answers to the Past Performance Questionnaire (Attachment 04 of the solicitation). The offeror shall also complete a questionnaire on their own performance for each of the relevant contracts listed in the matrix. Offerors may provide information on problems encountered on the contracts and subcontracts identified and corrective actions taken to resolve those problems.

L-4.2.2 Small Business Subcontracting Goals. All offerors shall submit the Standard Form 294, Subcontracting Report for Individual Contracts for all relevant contracts, when applicable. All offerors participating in the Comprehensive Subcontracting Program shall prepare and submit a Standard Form 294 that addresses relevant contracts.

**L-4.3 AREA III - Price Area (VOLUME III)**

L-4.3.1 The schedule contains a basic CLIN structure to identify the Government's requirements. Offerors shall complete the schedule by creating step ladder pricing that will allow for maximum economies of scale, IAW Attachment 05, Range Pricing. Offerors shall provide ordering quantities that cover a range from one through the maximum order quantities for the pertinent CLIN.

L-4.3.2 Cost and pricing data is not required IAW SOFAR 5652.215-9010. It is anticipated that adequate price competition will be available to determine price reasonableness. In the event that the price reasonableness cannot be determined based on adequate competition, the Contracting Officer may require the submittal of cost or pricing data in accordance with FAR 15.403. The Contractor shall explain any price anomalies (i.e., for example, range order pricing economies of scale differences). The price proposal shall include information on any significant contractor with whom the prime has teamed with or major subcontract with. Other than cost and pricing data may be required of the subcontractor, the same as above pertinent to the prime if the Contracting Officer determines the information is needed for a reasonable determination.

L-4.3.3 Prices for technical data shall be "not separately priced" or "NSP" in accordance with the schedule; however, cost for each data submission shall be provided in the pricing volume for evaluation purposes, consistent with DFARS 215.470. Price estimates shall be provided on DD Form 1423-1, block 18.

L-4.3.4 The offeror shall explain the basis for the proposed prices. If applicable, catalog pricing containing detailed price list for any scheduled item shall be furnished. Explanations shall be provided for any differences between the published price list and the proposed. The offeror shall explain the basis for any proposed inflation from year to year. If the offeror has sold the proposed items in the past, it shall provide sales prices and dates sold.

L-4.3.5 Any inconsistency whether real or apparent, between promised performance and price, should be explained in the proposal as price credibility rest with the offeror. The Government may reject any and all offers if such an action is in the public's interest, accept other than the lowest price proposal and waive any informalities and minor irregularities in the received submittals.

Section M - Evaluation Factors for Award

SECTION M

**M-1 BASIS FOR AWARD**

M-1.1 The Government intends to award an Indefinite Delivery/Indefinite Quantity (IDIQ) type contract resulting from this solicitation. Contract award shall be made to the offeror(s) whose proposal is deemed responsible in accordance with the Federal Acquisition Regulation (FAR), and whose proposal conforms to the RFP requirements and is determined to represent the "best value" to the Government with appropriate consideration given to the major areas, listed in descending order of importance: Technical/Management, Past Performance, and Price. Award may be made of some or all the Contract Line items. The Government reserves the right to not make any awards. Technical/Management is significantly more important than the Past Performance Area. Past Performance is significantly more important than Price. The Technical/Management and Past Performance Areas when combined are significantly more important than Price. The Source Selection Authority (SSA) will determine the "best value" to the Government through an integrated assessment of all proposals. The integrated assessment by the SSA will serve as the final determination for contract award(s).

M-1.2 Failure to comply with the instructions identified herein or mere acknowledgement or restatement of a requirement or task is not acceptable and may be cause for rejection.

M-1.3 Each proposal will be evaluated to determine best overall value to the government, price and other factors considered. The Government will make appropriate trade-offs when required. In addition to other factors, offers will be evaluated on the basis of advantages and disadvantages to the government that might result in making only one award, particularly the risk to the Government from a technical integration, logistics, and administrative cost perspective.

M.1.4 The Government intends to conduct a preliminary proposal evaluation as detailed in M-3. Upon completion, the Government will fully evaluate compliant proposals for a Best Value determination.
The Government may award a contract(s) on the basis of initial offers received, without discussions. Therefore, each initial offer should contain the offeror's best terms from a cost or price and technical standpoint. Absent an immediate award, a competitive range determination will be made in accordance with FAR 15.306(c) to limit discussions to the number that will permit an efficient competition among the most highly rated. In the event the Government conducts ballistic testing, it will only be conducted with those offerors remaining in the competitive range. Offerors are cautioned that an award may not necessarily be made to the lowest price offeror.

M-1.5 The Government reserves the right to award multiple contracts per each plate technology, a single contract, or no contract. For clarification purposes, the three plate technologies are as follows: 1) Baseline Ballistic Configuration, available in SPEAR cut; 2) Tactical Stand Alone Ballistic Configuration, available in SPEAR, Swimmer, and MSAP cuts; and 3) Low Visibility Ballistic Configuration, available in SPEAR, Swimmer, and MSAP cuts.

M-1.6 In order to be considered for award, offerors must clearly demonstrate the ability to meet at minimum the requirements identified in the Performance Specification.

M-1.7 Offerors are cautioned that a deficiency in any Area, Factor, or Element may be grounds for elimination of the entire proposal from further consideration for award.

**M-2 EVALUATION AREAS, FACTORS AND WEIGHTINGS**

**EVALUATION AREAS AND FACTORS AND WEIGHTINGS.** The Areas weightings are identified in paragraph M-1.1 above. The Factors are identified in descending order of importance. Factor 1 is significantly more important than Factor 2. Factor 2 is significantly more important than Factor 3.

AREA I – TECHNICAL/MANAGEMENT

FACTOR 1 – Product Demonstration Models (PDMs)
FACTOR 2 – Technical Approach
FACTOR 3 – Management Approach

AREA II – PAST PERFORMANCE

AREA III – PRICE

**M-3 PRELIMINARY PROPOSAL EVALUATION**

M-3.1 The PDMs and proposal will be evaluated against the established Key Performance Parameters (KPPs) of weight, thickness, ballistic data, and interoperability as outlined in the Requirements Matrix, Attachment 02. If during the evaluation, the PDM fails to meet the established KPPs, the proposal may be removed from consideration for award without evaluation of the remaining parts of the proposal.

M-3.1.1 The Government will evaluate the Requirements Matrix, Attachment 02, to ensure it has been completed in its entirety. If the offeror fails to fully complete the Requirements Matrix, the proposal may be removed from consideration for award without evaluation of the remaining parts of the proposal. The verification/criteria shown in Attachment 02 will be used to determine if a product model meets the minimum threshold requirements.

**M-4.0 PROPOSAL EVALUATION CRITERIA**

Only those offerors who have submitted a Notice of Intent (NOI) shall be considered by the agency. Proposals will not be evaluated if an NOI has not been submitted and acknowledged by the agency's contracting representative.

**M-4.1 TECHNICAL/MANAGEMENT AREA EVALUATION**

The Government will evaluate the extent to which the offeror's technical/management proposal and product models demonstrate a sound, practical methodology for satisfying the specification and requirements stated in the solicitation.

M-4.1.1 FACTOR 1 - PRODUCT MODELS. The product models will be examined by technical representatives and may be verified at a Government owned or independent test lab to determine the extent to which it meets the specifications and supports the data provided. Weight, thickness, areal density (for Government reference only), ballistic performance, durability, and conformance to the technical drawings will be evaluated.

M-4.1.2 FACTOR 2 - TECHNICAL APPROACH

The Government will evaluate the proposal to determine the extent to which the proposed items meet the technical requirement as outlined in the Performance Specification (Attachment 01) and Requirements Matrix (Attachment 02). The Government will evaluate the extent to which the proposal demonstrates the proposed plate construction and manufacturing methods and testing will produce end items which will provide the greatest degree of ballistic protection based on known industry and government material testing. The evaluation will include a determination of the operational suitability and effectiveness of the items. Data will be collected in order to assess the proposed plate construction methods and its ability to be operationally suitable and effective.

M-4.1.3 FACTOR 3 – MANAGEMENT APPROACH

M-4.1.3.1 The Government will evaluate the proposal IAW the criteria established in Attachment 02, Requirements Matrix to determine whether the offeror has demonstrated that appropriate management personnel, procedures, and processes are in place to consistently manage, manufacture and timely deliver the products required in accordance with the requirements identified in this RFP.

M-4.1.3.2 For large businesses responding to this RFP, the proposed Small Business Subcontracting Plan will be evaluated IAW FAR 19.705-4 and DFAR 219.705-4.

**M-4.2 Past Performance Area Evaluation**

M-4.2.1 Performance risk considers those risks associated with an offeror's likelihood of success in performing the solicitation requirements as indicated by the offeror's record of past/current performance on recent relevant contracts. The Past Performance Evaluation will consider the relevance of the information with regard to size, scope, and technical complexity, as well as how recent the data is. The Government will also consider the source of the information, context of the data, and general trends in contractor's performance of an offeror and all subcontractors/team members. Proposals shall be evaluated to determine if the contracts and sources submitted for the prime and subcontractors/team members are current and relevant. For the purpose of this solicitation, "current" efforts are those occurring within the last three (3) years for the period February 2004 through the solicitation release date. Within this period, performance occurring later in the period may have greater significance than work occurring earlier in the period. For the purpose of this solicitation, relevancy is defined as manufacturing the same/similar items, to similar customers in similar quantities. If no relevant historical or current data exists then the procedures of FAR 15.305(a)(2)(iv) will apply. A failure to state "No Experience" may cause the proposal to be rated as deficient and excluded from further consideration for award.

M-4.2.1.1 The Government will evaluate the Proposal and data from outside sources considering the following aspects: Schedule Planning and Control, Quality Assurance, and Cooperation. This includes the offeror's performance in schedule, and the administrative aspects of performance; the offeror's history for reasonable and cooperative behavior and commitment to customer satisfaction; and generally, the offeror's businesslike concern for the interests of its customers. The results of this evaluation will form the basis of the assignment of a low, moderate, or high performance risk rating.

M-4.2.2 For Large Businesses responding to this RFP: The proposal will be evaluated to determine whether offerors have achieved their Small Business Subcontracting Plan goals and monetary targets on relevant contracts. The evaluation will also take into account the offeror's actions taken to attempt to achieve those goals.

**M.4.3 Price Area Evaluation.**

M-4.3.1 Price will be evaluated for completeness and reasonableness. A total evaluated price (TEP) for the maximum quantities over the entire length of contract performance will be determined utilizing price analysis in accordance with FAR 15.404-1(b). Price will be evaluated to determine whether the offeror understands the requirement and risks inherent in the scope of work. In addition, Price will be evaluated to determine the feasibility of performing all the terms and conditions of the offer within the total price proposed by the offeror. Price reasonableness is a matter of the competitiveness of the Offeror's proposal, considering the price and evaluation criteria. Competitiveness is not determined by a simple comparison with the prices proposed by the other offerors, but rather, involves making trade-offs among offers with varying degrees of advantageousness. The TEP integrated with other evaluation criteria may result in award to other than the offeror with the lowest evaluated price.

M-4.3.2 In the event the Government requires other than cost and pricing data, it shall be evaluated in accordance with FAR 15.404-1.

M-4.3.3 Although prices for technical data not-separately-priced is not required in Section B of the solicitation; DoD requires estimates of the prices of data in order to evaluate the cost to the Government of data items in terms of their management, product, or engineering value in accordance with DFARS 215.470.

M-4.3.4 Completeness and Balanced Pricing: The proposal will be evaluated to ensure that ALL CLINS for which the offeror is submitting prices are completed. The price proposal will be evaluated for completeness, that is a price has been submitted for all contract line items proposed. All proposals will be evaluated for unbalanced pricing.

Offerors are cautioned that unbalanced unit prices may be grounds for exclusion of a proposal from consideration for award.

M-4.3.5 Total Evaluated Price (TEP). All CLINS proposed in Section B will be totaled and summarized for each year based on the estimated Government requirement for that period. The quantities below are for evaluation purposes only. Although the sum of the individual quantities of each item (i.e. BALCS Plate, Tactical Stand Alone SPEAR Cut, Tactical Stand Alone Swimmer Cut, MSAP Stand Alone, Low Vis SPEAR Cut, Low Vis Swimmer Cut, and MSAP Low Vis) total the maximum quantity in Section B, it should not be construed as individual maximum quantities for each size. Note: The Government is not obligated to purchase anything other than the stated minimum as set forth in Section B, page 2 of this solicitation. The government's intent is to evaluate the offerors' proposals based on this quantity over the five-year ordering period. The estimated Government annual quantities will be multiplied by the Offeror's proposed price for that year. All prices will be summed for a total CLIN price. This procedure will be followed for all CLINs, which will be summed to arrive at the TEP.

| ITEM NO | SCHEDULE OF SUPPLIES/SERVICES | QUANTITY | UNIT |
|---|---|---|---|
| 1001, 2001, 3001, 4001, 5001 FFP | BALCS Plate – Small Regular | 18,200 | EA |
| 1002, 2002, 3002, 4002, 5002 FFP | BALCS Plate – Medium Regular | 42,000 | EA |
| 1003, 2003, 3003, 4003, 5003 FFP | BALCS Plate – Large Regular | 61,600 | EA |
| 1004, 2004, 3004, 4004, 5004 FFP | BALCS Plate – Xtra Large Regular | 18,200 | EA |
| 1006, 2005, 3005, 4005, 5005 FFP | Tactical Stand Alone SPEAR Cut – Small Regular | 18,200 | EA |
| 1007, 2006, 3006, 4006, 5006 FFP | Tactical Stand Alone SPEAR Cut – Medium Regular | 42,000 | EA |
| 1008, 2007, 3007, 4007, 5007 FFP | Tactical Stand Alone SPEAR Cut – Large Regular | 61,600 | EA |
| 1009, 2008, 3008, 4008, 5008 FFP | Tactical Stand Alone SPEAR Cut – Xtra Large Regular | 18,200 | EA |
| 1011, 2009, 3009, 4009, 5009 FFP | Tactical Stand Alone Swimmer Cut – Small Regular | 9,100 | EA |
| 1012, 2010, 3010, 4010, 5010 FFP | Tactical Stand Alone Swimmer Cut – Medium Regular | 21,000 | EA |
| 1013, 2011, 3011, 4011, 5011 FFP | Tactical Stand Alone Swimmer Cut – Large Regular | 30,800 | EA |
| 1014, 2012, 3012, 4012, 5012 FFP | Tactical Stand Alone Swimmer Cut – Xtra Large Regular | 9,100 | EA |

| ITEM NO | SCHEDULE OF SUPPLIES/SERVICES | QUANTITY | UNIT |
|---|---|---|---|
| 1016, 2013, 3013, 4013, 5013 FFP | MSAP Stand Alone | 85,000 | Sets |
| 1018, 2014, 3014, 4014, 5014 FFP | Low Vis SPEAR Cut – Small Regular | 9,100 | EA |
| 1019, 2015, 3015, 4015, 5015 FFP | Low Vis SPEAR Cut – Medium Regular | 21,000 | EA |
| 1020, 2016, 3016, 4016, 5016 FFP | Low Vis SPEAR Cut – Large Regular | 30,800 | EA |
| 1021, 2017, 3017, 4017, 5017 FFP | Low Vis SPEAR Cut – Xtra Large Regular | 9,100 | EA |
| 1023, 2018, 3018, 4018, 5018 FFP | Low Vis Swimmer Cut – Small Regular | 9,100 | EA |
| 1024, 2019, 3019, 4019, 5019 FFP | Low Vis Swimmer Cut – Medium Regular | 21,000 | EA |
| 1025, 2020, 3020, 4020, 5020 FFP | Low Vis Swimmer Cut – Large Regular | 30,800 | EA |
| 1026, 2021, 3021, 4021, 5021 FFP | Low Vis Swimmer Cut – Xtra Large Regular | 9,100 | EA |
| 1028, 2022, 3022, 4022, 5022 FFP | MSAP Low Vis | 50,000 | Sets |