IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| THE PROTECTIVE GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-806C |
| v. | ) | |
| | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR A PROTECTIVE ORDER

Defendant, the United States, respectfully requests that the Court issue a protective order, and accompanying applications for access to protective material, in this case. The Government has collected the Notices of Intent that were discussed at the hearing held on November 19, 2007, and has determined that those notices contain proprietary information that should be protected to preserve the integrity of the current, pending procurement process. We attach a proposed protective order and proposed applications for access to protective material that conform to the samples found at Appendix of Forms, Forms 8 to 10 of the Rules of the United States Court of Federal Claims.

Counsel for plaintiff has represented to counsel for defendant that plaintiff consents to this request.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Deborah A. Bynum
by s/Reginald T. Blades, Jr.
DEBORAH A. BYNUM
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

November 23, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on November 23, 2007, a copy of the foregoing Defendant's Motion for a Protective Order was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail