**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2007, Applications For Access To Information Under Protective Order By Outside or Inside Counsel for Richard L. Moorhouse, John G. Stafford, David T. Hickey and Sean M. Connolly, counsel for The Protective Group, Inc., were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Timothy McIlmail
Department of Justice
Commercial Litigation Branch
Civil Division
8th Floor
1100 L Street, Northwest
Washington, D.C. 20530
Tel.: (202) 616-0342
Fax.: (202) 514-7965

/s/ Richard L. Moorhouse